UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530,<br><br>Plaintiff,<br><br>v.<br><br>IN THE MATTER OF THE SEIZURE OF THE M/T PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ONBOARD<br><br>Defendants *In Rem*. | Case: 1:26-cv-01405<br>Assigned To : Unassigned<br>Assign. Date : 4/24/2026<br>Description: Gen. Civil (E-DECK)<br><br>**FILED UNDER SEAL** |

**UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

COMES NOW, Plaintiff the United States of America (the "United States"), by and through the United States Attorney's Office for the District of Columbia, which brings this verified complaint for forfeiture in a civil action *in rem*, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, against: the Motor Tanker (M/T) PHONIX bearing International Maritime Number ("IMO") 9198317, together with the oil cargo laden on the PHONIX at the time it was seized by the U.S. Government in April 2026 ("Defendant Property"), and alleges as follows:

**NATURE OF THE ACTION AND DEFENDANT *IN REM***

1. This *in rem* forfeiture action arises out of an investigation by Homeland Security Investigations ("HSI") and the Federal Bureau of Investigation ("FBI"). The United States is investigating the transportation and sale of Iranian oil products for the benefit of the Islamic Revolutionary Guard Corps ("IRGC") and the IRGC Quds Force ("IRGC-QF"). This action

RECEIVED
APR 24 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

seeks to forfeit the Defendant Property which affords the Iranian Ministry of Petroleum, the National Iranian Oil Company ("NIOC"), and the vessel's owner and its commercial and technical manager a source of influence over the Iranian Ministry of Petroleum, NIOC, the IRGC, including the IRGC-QF, by transporting Iranian petrochemical products to generate revenue for the IRGC, a designated Foreign Terrorist Organization ("FTO").

2. The Defendant Property was seized from the owner and the technical management company of the PHONIX, while it was laden with approximately 2 million barrels of Iran-origin petroleum cargo.

**JURISDICTION AND VENUE**

3. This Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. §§ 1333, 1345, and 1355.

4. Venue is also proper within this judicial district pursuant to 28 U.S.C. § 1355(b)(2).

5. Pursuant to 14 U.S.C. § 522(a) and 28 U.S.C. §§ 2461(b), 1333(1), this court has jurisdiction for property subject to forfeiture on the high seas.

**FACTS GIVING RISE TO FORFEITURE**

**A. <u>Relevant Entities</u>**

**i. Government of Iran**

6. On January 19, 1984, the United States designated Iran as a state sponsor of terrorism. *See* https://www.state.gov/reports/country-reports-on-terrorism-2020/iran/. For 2020, the most recent year for which Country Reports on Terrorism are available, the State Department concluded that "Iran continued its terrorist-related activity in 2020, including support for Hizballah, Palestinian terrorist groups in Gaza, and various terrorist and militant groups in Iraq, Syria, and elsewhere throughout the Middle East." *Id.* The State Department further found that

"Iran used the Islamic Revolutionary Guard Corps – Qods Force (IRGC-QF) to provide support to terrorist organizations, provide cover for associated covert operations, and create instability in the region," and that "the IRGC-QF is Iran's primary mechanism for cultivating and supporting terrorist activity abroad." *Id.* To date, the United States has not delisted Iran as a state sponsor of terrorism. *See* https://www.state.gov/state-sponsors-of-terrorism/.

**ii. Iranian Ministry of Petroleum**

7. According to the Iranian Ministry of Petroleum's website, the ministry "is a state-run organ affiliated with the Executive branch of government" that was established in 1979. https://en.mop.ir/home/. The ministry reports that it "is tasked with exercising the principle of Iran's ownership of and national sovereignty over oil and gas resources as well as separating governance from administrative tasks in the development of oil and gas industry." *Id.* The ministry exercises its authority over the petroleum industry through four subsidiaries – NIOC, the National Iranian Gas Company, the National Iranian Oil Refining and Distribution Company, and the National Petrochemical Company. *Id.* ("The structural organization of the Ministry comprises a head office and four main subsidiaries – National Iranian Oil Company (NIOC), National Iranian Gas Company (NIGC), National Iranian Oil Refining and Distribution Company (NIORDC) and National Petrochemical Company (NPC). Through subsidiaries, the Ministry supervises exploration, extraction, marketing and selling of crude oil, natural gas and petroleum products in the country.").

8. The Iranian government's ownership of petroleum resources stems from Articles 44 and 45 of Iran's constitution. Article 44 provides in part: "The economy of the Islamic Republic of Iran is to consist of three sectors: state, cooperative, and private, and is to be based on systematic and sound planning. The state sector is to include all large-scale and mother

industries, foreign trade, major minerals, banking, insurance, power generation, dams and large-scale irrigation networks, radio and television, post, telegraph and telephone services, aviation, shipping, roads, railroads and the like; all these will be publicly owned and administered by the State." https://www.constituteproject.org/constitution/Iran_1989.pdf?lang=en.[1] Article 45 provides in part: "Public wealth and property, such as uncultivated or abandoned land, mineral deposits, seas, lakes, rivers and other public water-ways, mountains, valleys, forests, marshland, natural forests, unenclosed pastureland, legacies without heirs, property of undetermined ownership, and public property recovered from usurpers, shall be at the disposal of the Islamic government for it to utilize in accordance with the public interest." *Id.*

9. Article 2 of Iran's Oil Law (Sep. 30, 1987) provides: "The country's oil resources are part of the Anfal and public wealth, and according to Article 45 of the Constitution, is at the disposal of the Islamic government, and all facilities, equipment, assets and investments that have been or will be made by the Ministry of Oil and subsidiaries at home and abroad will belong to the Iranian people and to the Islamic government. The exercise of sovereignty and ownership of oil resources and facilities belongs to the Islamic Government, which according to the provisions and powers enumerated in this law, it is the responsibility of the Ministry of Oil to act in accordance with the general principles and plans of the country." https://en.mop.ir/portal/home/?news/368984/368988/379478/petroleum-law.

10. On October 26, 2020, the Department of the Treasury's Office of Foreign Assets Control ("OFAC") designated the Iranian Ministry of Petroleum under Executive Order 13,224 for providing financial support to the Islamic Revolutionary Guard Corps – Quds Force ("IRGC-

---

[1] The Constitution of the Islamic Republic of Iran was adopted and went into force in 1979. It has been amended once, on July 28, 1989.

QF"). *See* https://home.treasury.gov/news/press-releases/sm1165. OFAC found that "[t]he Iranian Ministry of Petroleum has been used by individuals at the highest levels of the Iranian regime to facilitate the IRGC-QF's revenue generation scheme." *Id.*

**iii. Islamic Revolutionary Guard Corps**

11. The IRGC is a branch of the Iranian armed forces whose purpose is to defend the country's political system. The IRGC-QF is a branch of the IRGC that specializes in unconventional warfare and military intelligence operations.

12. The Department of the Treasury has found "[t]he IRGC is Iran's most powerful economic actor, dominating many sectors of the economy, including energy, construction, and banking." https://home.treasury.gov/news/press-releases/tg1718. According to OFAC, "[t]he IRGC and its major holdings, such as the Basij Cooperative Foundation and Khatam al-Anbiya, have a dominant presence in Iran's commercial and financial sectors, controlling multi-billion-dollar businesses and maintaining extensive economic interests in the defense, construction, aviation, oil, banking, metal, automobile and mining industries, controlling multi-billion dollar businesses." https://home.treasury.gov/news/press-releases/sm703.

13. The IRGC and IRGC-QF use a network of shipping companies and front companies to hide their involvement in the sale and shipment of Iranian oil. Specifically, OFAC has found that the IRGC-QF uses a "complex network of intermediaries ... to obfuscate its involvement in selling Iranian oil." https://home.treasury.gov/news/press-releases/sm767; *see also* https://home.treasury.gov/news/press-releases/tg1718 ("The IRGC, long a target of U.S. sanctions, has a history of attempting to circumvent sanctions by maintaining a complex network of front companies."). The Secretary of the Treasury has previously found that holding groups and

companies in the petrochemical sector and elsewhere "provide financial lifelines to the IRGC." https://home.treasury.gov/news/press-releases/sm703.

14. The IRGC generates substantial revenues from the sale of petroleum products. For example, OFAC has reported that "[i]n spring 2019 alone, this IRGC-QF-led network employed more than a dozen vessels to transport nearly 10 million barrels of crude oil, predominantly to the Syrian regime. These shipments, taken collectively, sold for more than half a billion dollars. The same network also sold nearly four million barrels of condensate and hundreds of thousands of barrels [of] gas oil, bringing in another quarter billion dollars." https://home.treasury.gov/news/press-releases/sm767.

15. The IRGC uses the proceeds from the distribution of petroleum to fund its terror activities. OFAC has found that: "Iran's petroleum and petrochemical industries are major sources of revenue for the Iranian regime and funds its malign activities throughout the Middle East." https://home.treasury.gov/news/press-releases/sm885; *see also* https://home.treasury.gov/news/press-releases/sm703 ("The profits from [the IRGC's economic] activities support the IRGC's full range of nefarious activities, including the proliferation of weapons of mass destruction (WMD) and their means of delivery, support for terrorism, and a variety of human rights abuses, at home and abroad."). The Secretary of the Treasury has stated: "Iran's petrochemical and petroleum sectors are primary sources of funding for the Iranian regime's global terrorist activities and enable its persistent use of violence against its own people." https://home.treasury.gov/news/press-releases/sm885.

16. On October 25, 2007, OFAC designated the IRGC-QF under Executive Order 13,224, which is "aimed at freezing the assets of terrorists and their supporters." *See* https://2001-2009.state.gov/r/pa/prs/ps/2007/oct/94193.htm. In part, OFAC found that "[t]he

Qods Force, a branch of the Islamic Revolutionary Guard Corps (IRGC; aka Iranian Revolutionary Guard Corps), provides material support to the Taliban, Lebanese Hizballah, Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC)." *Id.* On October 13, 2017, OFAC designated the IRGC pursuant to Executive Order 13,224 for providing material support, including training, personnel, and military equipment, to the IRGC-QF. *See* https://home.treasury.gov/news/press-releases/sm0177.

17. On April 8, 2019, the President announced that he would designate the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act ("INA") (8 U.S.C. § 1189). *See* https://ir.usembassy.gov/statement-from-the-president-on-the-designation-of-the-islamic-revolutionary-guard-corps-as-a-foreign-terrorist-organization/. The announcement noted, in part, that "the IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft," and warned that "[i]f you are doing business with the IRGC, you will be bankrolling terrorism." *Id.* On April 8, 2019, the State Department similarly announced the pending designation of the IRGC, including the IRGC-QF. *See* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html. That announcement noted that "[T]he IRGC—most prominently through its Qods Force—has the greatest role among Iran's actors in directing and carrying out a global terrorist campaign." *Id.* On April 15, 2019, the Secretary of State published a notice in the Federal Register that he had designated the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization under Section 219 of the INA. *See* 84 Fed. Reg. 15,278 (Apr. 15, 2019), https://www.federalregister.gov/documents/2019/04/15/2019-07415/in-the-matter-of-the-designation-of-the-islamic-revolutionary-guard-corps-and-other-aliases-as-a.

18. The IRGC and IRGC-QF act in foreign commerce with specific aims to threaten U.S. interests and the national security of the United States. The following is just a brief list of many examples of how the IRGC and IRGC-QF engage in foreign commerce and activities outside the borders of Iran to harm the interests of the United States:

a. In likely retaliation for the death of former IRGC-QF commander Qasem Soleimani, in 2021, a member of the IRGC used interstate commerce facilities in a failed plot to commit murder-for-hire and provide material support to a transnational murder plot targeting former National Security Advisor John Bolton, https://www.justice.gov/opa/pr/member-irans-islamic-revolutionary-guard-corps-irgc-charged-plot-murder-former-national.

b. In January 2007, the IRGC-QF led by Abdul Reza Shahla'i planned an attack in Karbala, Iraq that killed five U.S. soldiers and wounded three others, https://rewardsforjustice.net/rewards/abdul-reza-shahlai/.

c. In June 1996, the IRGC was responsible for planning the attack on the Khobar Towers in Dhahran, Saudi Arabia, during which 19 U.S. Air Force personnel were killed and more than 350 were injured, *Rimkus v. Islamic Republic of Iran*, 750 F. Supp. 2d 163, 174 (D.D.C. 2010). IRGC senior officials recruited the attackers and worked in conjunction with them and Hezbollah, operating out of a terrorist base in the Bekaa or Beqaa Valley in Lebanon where the IRGC provided supplies and funds for the attack. *Id.*

19. Through these actions and many others, the IRGC and IRGC-QF's terrorism affects foreign commerce in a manner that harms the interests of the United States, both domestic and abroad. Indeed, the entire purpose of the IRGC and IRGC-QF's campaigns of terror are to thwart the United States' diplomatic efforts, including its support for peace in the Middle East and

recognition of Israel, by threatening the security of U.S. nationals and attempting to instill fear in the citizens of this country located within and outside its territorial boundaries. *See In re Sealed Case*, 936 F.3d 582, 592 (D.C. Cir. 2019) (criminal defendant's use of drug trafficking to support terrorist organizations "magnifies the effect of his conduct on commerce between the countries where he was operating and the United States"). These terrorist activities undertaken in foreign commerce plainly have a domestic effect on the United States.

**iv. National Iranian Oil Company**

20. NIOC is the national oil company of Iran and a subsidiary of the Iranian Ministry of Oil. NIOC describes itself as "one of the largest oil firms in the world with huge hydrocarbon reserves." https://en.nioc.ir/en-US/en.nioc/5696/page/NIOC-at-a-Glance. NIOC reports that it is "responsible for organizing and policy-making activities of the oil industry, including exploration, drilling, production, research and development, as well as oil and gas exports." *Id*; *see also* https://home.treasury.gov/news/press-releases/sm1165 ("NIOC, overseen by the Ministry of Petroleum, is responsible for the exploration, production, refining, and export of oil and petroleum products in Iran."). According to OFAC, the distribution of NIOC oil "helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies." https://home.treasury.gov/news/press-releases/sm885.

21. On September 24, 2012, the Department of the Treasury reported to Congress that it had determined that NIOC was an agent or affiliate of the IRGC. *See* https://home.treasury.gov/news/press-releases/tg1718. On October 26, 2020, OFAC designated NIOC pursuant to Executive Order 13,224 "for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the IRGC-QF." *See* https://home.treasury.gov/news/press-releases/sm1165.

v. **Iranian Oil Terminals Company**

22. The Iranian Oil Terminals Company ("IOTC") is a subsidiary of NIOC that operates the Kharg Oil Terminal at Kharg Island, Iran. *See* https://en.nioc.ir/en-US/en.nioc/5699/page/Subsidiaries (listing IOTC as a subsidiary); *see also* https://www.iotco.ir/en/aboutus/introductioncompany (stating that IOTC is "one of the companies under [the] umbrella of [the] National Iranian Oil Company"). IOTC describes itself as "an operational, specialized and professional organization that has the duty of all reservation affairs, crude oil, oil products, liquefied gas and marine services export and import operations along with providing measurement and lab services." *Id.* According to IOTC, its responsibilities include "support and sustained continuation of oil and gas production in the country in four operational zones of Kharg Oil Terminals." *Id.* According to Orbis, a corporate reporting service, the government of Iran is the "global ultimate owner" of IOTC.

vi. **Kharg Oil Terminal**

23. Kharg Oil Terminal is an oil terminal located at Kharg Island, Iran that is operated by IOTC. The terminal has quays or jetties for loading petroleum onto crude oil tankers. *See* https://www.iotco.ir/en/oilterminals/kharg.

24. According to IOTC's website, Kharg Oil Terminal receives oil via pipeline from Iran's South Oilfields, which are operated by the National Iranian South Oil Company ("NISOC"). *See id.*

vii. **Jask Oil Terminal**

25. The Jask Oil Terminal is an oil export terminal located in Iran, to the east of the Strait of Hormuz. Inaugurated in or around 2021, the first export of Iran-origin oil from the terminal occurred in or around October 2024. Jask Oil Terminal is operated by IOTC.

**viii. National Iranian South Oil Company**

26. According to NISOC's LinkedIn page, "National Iranian South Oil Company (NISOC) . . . is a government-owned corporation under the direction of the Ministry of Petroleum of Iran and operates as a subsidiary of National Iranian Oil Company." *See also* https://en.nioc.ir/en-US/en.nioc/5699/page/Subsidiaries (listing NISOC as a subsidiary of NIOC).

**ix. M/T PHONIX**

27. The PHONIX is a crude oil tanker built in 2001. The PHONIX has previously been named, under the same IMO, as the M/T LUNA LAKE, the M/T PACIFIC CHALLENGER, and the M/T FORMOSAPETRO CHALLENGER.

28. The PHONIX claims to fly the flag of Guyana, but according to publicly available information obtained by law enforcement, the vessel is not legitimately flagged in Guyana. Thus, it is flying a false Guyanese flag.

29. Since at least in or around May 2024, several news organizations reported that an unauthorized entity was falsely registering Iran-linked vessels under the Guyana flag as an obfuscation tactic. *See* https://www.lloydslist.com/LL1149046/Guyana-raises-rogue-registry-warning-as-sanctioned-tankers-falsely-fly-its-flag (Guyanese maritime authority tells United Against Nuclear Iran that more than a dozen tankers linked with Iran were fraudulently registered under its flag by an unauthorized entity). The same scenario appears to be present in the instant situation involving the PHONIX.




*Stock image of the PHONIX (under its prior name, the FORMOSAPETRO CHALLENGER)*

**x. Vison Ship Management LLP**

30. According to a publicly available database of shipping industry information, since at least in or around May 2023, the PHONIX has been managed, operated, and owned by India-based Vision Ship Management LLP ("Vision").

31. On or about December 3, 2024, OFAC designated Vision pursuant to Executive Order 13902, as amended, for operating in the petroleum sector of the Iranian economy. *See* https://home.treasury.gov/news/press-releases/jy2734. According to OFAC, Vision managed and operated the PHONIX, which OFAC said has carried millions of barrels of Iranian crude oil to Asia since 2022. *Id.* In its announcement of the designation, OFAC noted that Iran relies upon a "shadow fleet," described as "a sprawling network of tankers and ship management firms in multiple jurisdictions to transport its petroleum to overseas customers" and in defiance of international sanctions. *Id.* According to OFAC, the shadow fleet employs "tactics such as false documentation, manipulation of vessel tracking systems, and constant changes to the names and flags of vessels." *Id.* In the same action, OFAC identified the PHONIX as blocked property in which Vision had an interest and that the PHONIX, along with other vessels designated in the same action, "have collectively shipped tens of millions of barrels of oil for Iran." *Id.*

**xi. Faith Enterprise Ltd**

32. Faith Enterprise Ltd. ("Faith Enterprise") has been identified by publicly available databases as the registered owner of the PHONIX and lists the same business address as that of Vision.

33. As noted above and detailed more below, the PHONIX has a history of engaging in business with sanctioned entities and jurisdictions – including in Iran and Venezuela – and exhibiting behaviors that are regularly employed by the ghost fleet, such as location spoofing and claiming false flags/nationalities. The vessel continues to engage in business with sanctioned entities and continues to exhibit obfuscatory shipping practices.

## B. AIS SPOOFING

34. According to a commercially available database of shipping industry information, the PHONIX has spoofed its locations on multiple occasions. Many of the PHONIX's AIS spoofing events happened in or around areas where ghost fleet tankers are known to engage in STS transfers, such as around the Malaysia/Singapore Eastern Outer Port Limits and off the United Arab Emirates.

35. AIS spoofing, or location spoofing, is a deceptive shipping practice that involves tampering with the vessel's AIS, a tool used to broadcast vessel position, vessel identity, vessel heading, and other critical information to nearby vessels and maritime authorities, initially used for collision avoidance.

36. AIS spoofing involves the deliberate falsification of AIS messages, misleading vessels and maritime authorities about a vessel's true location and identity, and potential illicit activity. This can be done by transmitting false AIS data or altering legitimate ones. By manipulating AIS transmissions, malicious actors, especially tankers operators, can obscure true vessel movements, or simulate fleet movements, creating significant security vulnerabilities.

Spoofing is a method regularly deployed by individuals and entities involved in shipping illicit oil, including Iran-origin oil for the benefit of the IRGC, as spoofing makes it more difficult to detect an oil shipment's origins.

37. In addition to "spoofing," vessels engaged in shipping illicit oil may also completely turn off their AIS during periods, creating gaps in what is generally a continuous stream of AIS data broadcast. Such vessels most often do so when conducting sensitive activity such as loading or offloading illicit oil, at a port or via a ship-to-ship ("STS") transfer.

## C. <u>Historical Iran-Related Voyages by the PHONIX</u>

38. According to information provided by a Confidential Human Source ("CHS"),[2] the PHONIX has loaded more than 15 million barrels of Iran-origin crude oil from Kharg Island, Iran since in or around May 2023, including the current cargo onboard the vessel. The PHONIX has also received via STS transfer more than 6 million barrels of Iran-origin crude oil and condensate from Kharg Island, Iran and Assaluyeh, Iran. This Iran-origin oil, all of which was delivered to Asia, is worth hundreds of millions of dollars.[3] Several such voyages conducted by the PHONIX are set out below.

### a. The PHONIX's Late 2025 Shipment of Iran-Origin Oil

39. As discussed above, the vessel has a history of transporting Iranian oil. The CHS provided information regarding a 2025 loading at Kharg Island. AIS-based imaging of the PHONIX indicates that on or about June 21, 2025, the vessel was located in the Gulf of Oman and

---

[2] From 2021 to the present, this CHS and the CHS's company have been paid approximately $540,000 for time and professional services in this and related investigations. The United States has additionally reimbursed the CHS for travel costs incurred in related investigations.

[3] Based on an average price of $60 per barrel, this amount of crude oil would be worth over $1 billion.

empty of cargo. Between on or about July 1, 2025 and on or about July 26, 2025, the PHONIX idled in the Gulf of Oman.



*Imagery of the PHONIX idling empty of cargo in the Gulf of Oman on or about July 26, 2025*

40. On or about July 31, 2025, the PHONIX was sighted empty of cargo and headed northward into the Strait of Hormuz. The vessel was spoofing its AIS at this time. Between on or about August 5, 2025, and on or about August 30, 2025, the PHONIX was sighted on satellite imagery in the Hormozgan province, northeast of Larak Island, Iran. Between on or about September 8, 2025, and on or about October 3, 2025, the PHONIX was signed 56 kilometers south of Kharg Island, Iran.

41. On or about October 7, 2025, and on or about October 8, 2025, the PHONIX was sighted at the T-Jetty of Kharg Island, Iran, where the vessel loaded Iran-origin crude oil and subsequently departed, fully laden, on or about October 10, 2025.



*Imagery of the PHONIX loading approximately 1.9 million barrels of Iran-origin crude oil at the T-Jetty of Kharg Island, Iran on or about October 7, 2025*

42. On or about October 16, 2025, the PHONIX updated her draft depth to 20 meters, which indicates she was laden with approximately 1.9 million barrels of crude oil. The vessel proceeded to the Riau Archipelago, which is located in the area of Singapore, Malaysia, and Indonesia and is a common location for shadow fleet vessels to engage in STS transfers. On or about December 3, 2025, the PHONIX engaged in an STS transfer of its Iran-origin crude oil with the M/T LUNA LUSTER (IMO 9292187). The LUNA LUSTER transported the Iran-origin crude oil to Asia.



*Imagery of the PHONIX conducting an STS transfer of approximately 1.9 million barrels of Iran-origin crude oil to the LUNA LUSTER on or about December 3, 2025*

**b. The PHONIX's Early 2026 Shipment of Iran-Origin Oil**

43. On or about December 30, 2025, AIS-based imaging captured the PHONIX in the Gulf of Oman. The vessel was unladen. On or about January 3, 2026, the PHONIX was seen turning in the anchorage of Kharg Island, Iran and preparing to berth. On or about January 6, 2026, the PHONIX was captured loading Iran-origin crude oil at the T-Jetty of Kharg Island, Iran.



*Imagery of the PHONIX loading approximately 1.9 million barrels of Iranian crude oil at the T-Jetty of Kharg Island, Iran on or about January 3, 2026*

44. On or about January 7, 2026, the PHONIX departed Kharg Island, Iran and headed towards the Gulf of Oman. Although the PHONIX was spoofing its AIS position, it updated its draft depth from 10.5 meters to 20 meters. This draft depth equates to approximately 1.9 million barrels of crude oil. The PHONIX resumed proper AIS transmissions on or about January 9, 2026.

**c. The PHONIX's Current Voyage**

45. According to a commercially available database of shipping industry information, the PHONIX is currently laden with Iran-origin crude oil originating from Jask Oil Terminal in Iran.

46. Between on or about April 9, 2026 and on or about April 12, 2026, the PHONIX made a port call at the Jask Oil Terminal in Iran, where it loaded approximately 1.9 million barrels of Iran-origin oil.[4]

47. Following this lifting, on or about April 20, 2026, the PHONIX – now broadcasting as the MAJESTIC X on publicly available ship tracking websites – reported a draft of 20 meters, indicating that it is fully laden with approximately 1.9 million barrels of the crude oil lifted from the Jask Oil Terminal.

48. On or about April 22, 2026, eastern standard time, the United States Coast Guard communicated with the captain of the PHONIX to confirm its flag status. The Captain indicated the vessel was Guyana-flagged. The United States communicated with Guyanese officials and confirmed that the communication that PHONIX was flagged under Guyana was false. The PHONIX was subsequently treated as stateless and interdicted by the United States.

## COUNT ONE – FORFEITURE
**18 U.S.C. § 981(a)(1)(G)(i)**

49. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 44 above as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(G)(i).

50. The IRGC, including the IRGC-QF, is a designated foreign terrorist organization.

The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G)(i) because it affords persons (including, without limitation, NIOC, IOTC, NISOC, Windward)

[4] On March 20, 2026, OFAC issued General License U, which temporarily authorized the sale, delivery, or offloading of crude oil of Iranian origin until April 19, 2026, provided such oil was loaded on or before 12:01am on March 20, 2026. *See* https://ofac.treasury.gov/media/935376/download?inline. As noted above, the current cargo onboard the vessel was loaded onto the PHONIX after March 20, 2026.

sources of influence over the IRGC, including the IRGC-QF, a designated foreign terrorist organization, which has engaged in planning and perpetrating federal crimes of terrorism as defined in 18 U.S.C. § 2332b(g)(5) against the United States, citizens or residents of the United States, or their property.

WHEREFORE, the plaintiff prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the complaint; that the Defendant Property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the United States Marshal dispose of the defendant property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated: April 24, 2026
Washington, D.C.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: *_/s/ Rajbir Datta_*
RAJBIR DATTA
N.Y Bar 5206073
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: /s/ Sean Heiden
Sean Heiden
D.C. Bar 1617636
Trial Attorney
Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief, Money Laundering, Narcotics and Forfeiture Section, Criminal Division
U.S. Department of Justice

By: */s/ Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney

# VERIFICATION

I, Michael Talbot, a Special Agent with the Federal Bureau of Investigation, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 22nd day of April 2026.

*/s/ Michael Talbot*
Special Agent Michael Talbot
Federal Bureau of Investigation

I, Serena Liss, a Special Agent with the Homeland Security Investigations, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct

Executed on this 22nd day of April 2026.

*/s/ Serena Liss*
Special Agent Serena Liss
Homeland Security Investigations