UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530,

Plaintiff,

v.

MOTOR TANKER PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND THE OIL CARGO LADEN THEREON,

Defendants *In Rem*.

Civ. A. No. _______

**FILED UNDER SEAL**

Case: 1:26-cv-01405
Assigned To : Unassigned
Assign. Date : 4/24/2026
Description: Gen. Civil (E-DECK)

**WARRANT FOR ARREST *IN REM***

TO: THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 24th day of April, 2026, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**MOTOR TANKER PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND THE OIL CARGO LADEN THEREON**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties

are in the government's possession, custody, or control.

Dated: April ____, 2026

_______________________________
Clerk of the Court

By: _______________________________
Deputy Clerk