**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1405 (SLS)** |
| **MOTOR TANKER PHONIX** | : | |
| **BEARING INTERNATIONAL** | : | **FILED UNDER SEAL** |
| **MARITIME NUMBER 9198317,** | : | |
| | : | |
| Defendant *In Rem* | : | |

## NOTICE OF FILING

The United States of America ("the Government") respectfully provides Notice to this Court of the Government's intention to unseal this matter. The Government attempted to file the attached Motion to Unseal and proposed redactions to the two filed declarations on or about July 21, 2026. Given the matter was still sealed the Government made the filings in person to the Clerk's office. The undersigned was under the impression the filing was made on July 21, 2026. It has; however, come to the attention of the undersigned that the filing was subsequently rejected by the Clerk of the Court under the explanation that while the substance of the filings were sealed, the docket had been unsealed and the filing could be made through the electronic court filing system.

Complicating this administrative matter is that the Government's motion to unseal was also filed at the same time as at least one other matter on the same day, which the undersigned has come to understand was also rejected for similar reasons; however, the Judge in that separate unrelated matter unsealed the case in question as a result of the Government's Motion which has caused further confusion as to why the July 21, 2026 filing on the Phonix was not made or rejected in this case.

The undersigned apologizes to the Court for this inadvertent administrative failure. As noted in the attached motion to unseal, the Government seeks to unseal this matter, while maintaining the unredacted Declaration and Supplemental Declaration under seal while unsealing redacted versions of both, copies of which were also intended to be filed on July 21, 2026.

The Government is attaching to this Notice a Motion to Unseal, Proposed Order, and proposed redactions to the Declaration and Supplemental Declaration of Gene Patton that is being requested to remain sealed.

Dated: June 29, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *__/s/ Rajbir Datta__*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden__*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser

Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney