**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1405 (SLS)** |
| **MOTOR TANKER PHONIX** | : | |
| **BEARING INTERNATIONAL** | : | **<u>FILED UNDER SEAL</u>** |
| **MARITIME NUMBER 9198317,** | : | |
| | : | |
| Defendant *In Rem* | : | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America ("the Government") respectfully brings this Motion to Unseal the Verified Complaint and all related docketed papers in the above-captioned case, except for the declarations of Gene Patton. As to the Patton Declarations, the Government requests that the Court unseal redacted versions of those two declarations, which are being filed under seal with this motion to unseal.

The Government has been reviewing various operational matters due to the Court's ruling in this matter. D.E. 9, 10. After various discussions on operational matters including offloading the oil cargo to a land-based storage facility and the improbability of such an action due to a lack of options, the Government has elected to unseal this matter and proceed to provide public and direct notice to any potential claimants under Supplemental Rule G.

As stated above, the Government requests that the Court unseal redacted versions of each of Gene Patton's declarations supporting an interlocutory sale. Specifically, each of the declarations includes specific information related to expenses, costs, and projected costs. Whether the vessel and cargo are disposed after a final order of forfeiture is issued, if a claimant appears and there is either litigation or an agreed disposition between the parties, revelation of the financial

information in each of these declarations would hinder the parties from obtaining the maximum fair market value for the Defendant Property.

The United States will not seek an Interlocutory Sale of the Defendant Vessel at the present time due to the lack of land storage options for which to offload the Defendant Cargo, which must be discharged from the Defendant Vessel in order to effect a sale of the Defendant Vessel.

**WHEREFORE**, for the foregoing reasons and for any other such reasons as may appear to the Court, the Government moves this Cour9 to grant this motion, grant and remain sealed the unredacted declarations, and enter the attached proposed order.

Dated: June 29, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *__/s/ Rajbir Datta*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney