**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1405 (SLS)** |
| **MOTOR TANKER PHONIX** | : | |
| **BEARING INTERNATIONAL** | : | **FILED UNDER SEAL** |
| **MARITIME NUMBER 9198317,** | : | |
| | : | |
| Defendant *In Rem* | : | |

**ORDER**

Upon consideration of the Government's Motion to Unseal the Verified Complaint and other docket entries it is:

**ORDERED** that the Clerk of the Court unseal the Verified Complaint for Forfeiture *In Rem* and all other docket entries, except for the unredacted declaration and supplemental declaration in support of the Government's request for an interlocutory sale order.

**ORDERED** that the Clerk of the Court unseal only the redacted declaration and supplemental declaration in support of the Government's request for an interlocutory sale order, that the unredacted versions remain under seal until further Order of this Court, and that the matter be placed on the public docket.

**SO ORDERED** this ____ day of July, 2026

________________________________
The Honorable Sparkle L Sooknanan
United States District Court Judge