**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1405 (SLS)** |
| **MOTOR TANKER PHONIX BEARING INTERNATIONAL MARITIME NUMBER 9198317, AND OIL CARGO LADEN THERON,** | : | |
| | : | |
| Defendants *In Rem*, | : | |

**STATUS REPORT**

The United States of America provides this Status Report regarding notice to potential claimants in compliance with this Court's Order of August 25, 2026.

On August 21, 2026, the United States provided email notice of this forfeiture action to the purported owner of the Defendant Cargo, the National Iranian Oil Company and Pars Oil and Gas Company operating in the Jask Oil Terminal in Iran. The United States received no communication from alleged owners of the Defendant Cargo and no claims were filed with this Court.[1]

On August 24, 2026, the United States mailed notice of this forfeiture action to the purported owner of the Defendant Vessel, Faith Enterprises Ltd in the United Kingdom; the purported technical manager of the Defendant Vessel, Seaway Ship Management LLC in the United Arab Emirates; and two addresses associated with the purported former technical manager of the Defendant Vessel, Vision Ship Management in India. The United States received no communication from the alleged owner and/or technical managers of the Defendant Vessel and no claims were filed with this Court.

[1] Consistent with the Iranian petroleum trade, ownership interest of illicit Irania cargo remains with the Iranian government while the purchase of the cargo is negotiated mid-transit. No documents on board indicated the cargo on board was sold to a third party at the time the Defendant Property was seized.

The United States retracts its request for an interlocutory sale at this times. Under the time stipulations under Supplemental Rule G and the dates the United States provided notice, any potential claimants have until September 28, 2026 to file a claim with the Court. If no claims are filed, or postmarked, by that time the United States anticipates filing for default judgment.

Dated: September 8, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *__/s/ Rajbir Datta__*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden__*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: __/s/ *Joshua L. Sohn*__

Joshua L. Sohn
Trial Attorney