**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

IN THE MATTER OF THE SEIZURE OF THE M/T PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ON BOARD,

Defendants *in rem.*

Civil Case No. 1:26-cv-01405 (SLS)

**NOTICE OF FILING CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2026, in accordance with ECF No. 21-1, I caused true and correct, file-stamped copies of the Notice of Verified Claim filed by Claimants with Successful Judgments Against Iran and its attached exhibit (ECF No. 24), and the Verification of Claimants' Claim and its attached exhibits (ECF No. 24-1), to be served by USPS Certified Mail on the following:

**Rajbir Datta**
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530

Dated: September 30, 2026

Respectfully submitted,

*/s/ Joseph T. McClure*

Joseph McClure (D.C. Bar No. 90002073)
**MCDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, N.W.
Washington, DC 20001
Tele: (202) 756-8826
Fax: (202) 756-8087
Email: jmcclure@mcdermottlaw.com

*Attorney for Claimants with Successful Judgments Against Iran*

**CERTIFICATE OF SERVICE**

I hereby certify that on the above-listed date, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ *Joseph T. McClure*
Joseph McClure