AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>In the Matter of the Seizure of the M/T Phonix<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-CV-01405 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Claimants with Successful Judgments Against Iran (listed in Exhibit A) .

Date: 10/14/2026

/s/ Michael Dockterman
*Attorney's signature*

Michael Dockterman, Pro Hac Vice, IL Bar #3121675
*Printed name and bar number*

McDermott Will & Schulte LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
*Address*

mdockterman@mcdermottlaw.com
*E-mail address*

(312) 984-7730
*Telephone number*

(312) 984-7700
*FAX number*

# EXHIBIT A

**Baxter, et al v The Islamic Republic of Iran, et al. (11-cv-02133)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of David Applebaum | $1,463,079.00 |
| 2 | Estate of Naava Applebaum | $765,635.00 |
| 3 | Debra Applebaum | $10,000,000.00 |
| 4 | Estate of Jacqueline Applebaum | $5,000,000.00 |
| 5 | Natan Applebaum | $3,750,000.00 |
| 6 | Shira Applebaum Maresky | $3,750,000.00 |
| 7 | Yitzchak Applebaum | $3,750,000.00 |
| 8 | Shayna Applebaum Abramson | $3,750,000.00 |
| 9 | Tovibelle Applebaum Kalker | $3,750,000.00 |
| 10 | William "Jack" Baxter | $6,467,375.00 |
| 11 | Fran Strauss Baxter | $4,688,356.00 |
| 12 | Nethaniel Bluth | $5,000,000.00 |
| 13 | Ronald Cantrell | $1,500,000.00 |
| 14 | Chaya Tziporah Cohen | $2,000,000.00 |
| 15 | Ariela Freimark | $3,000,000.00 |
| 16 | Estate of Menachem Freimark | $1,500,000.00 |
| 17 | Estate of Hadassah Freimark | $1,500,000.00 |
| 18 | Avraham Grossman | $1,500,000.00 |
| 19 | Estate of Elnatan Horovitz | $372,287.00 |
| 20 | Estate of Debra Horovitz | $287,288.00 |
| 21 | Estate of Moshe Horovitz | $5,000,000.00 |
| 22 | Estate of Lillian Horovitz | $5,000,000.00 |
| 23 | Shulamit Nachman | $4,500,000.00 |
| 24 | Batsheva Sadan | $6,932,151.00 |
| 25 | Nechama Tau | $4,500,000.00 |
| 26 | Zvi Horovitz | $7,190,881.00 |
| 27 | Ahron Horovitz | $2,500,000.00 |
| 28 | Estate of David Horovitz | $2,500,000.00 |
| 29 | Tova Naiman | $2,500,000.00 |
| 30 | Uri Horovitz | $3,125,000.00 |
| 31 | Estate of Bernice Wolf | $5,000,000.00 |
| 32 | Estate of Bryan Wolf | $2,500,000.00 |
| 33 | Stanley Wolf | $2,500,000.00 |
| 34 | Joseph Leifer | $3,500,000.00 |
| 35 | Devorah Leifer | $2,000,000.00 |
| 36 | Estate of Abigail Litle | $2,255,794.00 |
| 37 | Philip Litle | $6,250,000.00 |
| 38 | Heidi Litle | $6,250,000.00 |
| 39 | Elishua Litle | $3,125,000.00 |
| 40 | Hannah Litle | $3,125,000.00 |
| 41 | Josiah Litle | $5,867,689.00 |
| 42 | Noah Litle | $3,125,000.00 |
| 43 | Moshe Naimi | $3,750,000.00 |
| 44 | Rachel Potolsky | $1,250,000.00 |
| 45 | Ovadya Toporowitch | $1,250,000.00 |

| | | |
|---|---|---|
| 46 | Tehilla Toporowitch Greineman | $1,250,000.00 |
| 47 | Yisrael Toporowitch | $1,250,000.00 |
| 48 | Yitzchok Toporowitch | $1,250,000.00 |
| 49 | Rivka Pam Wolfson | $7,239,628.00 |
| 50 | Phyllis Pam | $2,500,000.00 |
| 51 | Nathan Pam | $1,562,500.00 |
| 52 | Raziel Pam | $1,250,000.00 |
| 53 | Neemah Pam Fisher | $1,250,000.00 |
| 54 | Estate of Mordechai Reinitz | $545,734.00 |
| 55 | Estate of Yessucher Dov Reinitz | $345,453.00 |
| 56 | Menachem Mendy Reinitz | $11,093,091.00 |
| 57 | Malka Chaya Reinitz | $13,150,056.75 |
| 58 | Estate of Malvia Reinitz | $5,000,000.00 |
| 59 | Estate of Joseph Reinitz | $5,000,000.00 |
| 60 | Necha Ostreicher | $4,800,000.00 |
| 61 | Chaim Reinitz | $4,800,000.00 |
| 62 | Margolith Waxberger | $4,800,000.00 |
| 63 | Miriam Binder | $4,800,000.00 |
| 64 | Rivka Wiesel | $4,800,000.00 |
| 65 | Samuel Reinitz | $4,800,000.00 |
| 66 | Yaacov Reinitz | $5,978,342.00 |
| 67 | Yitzchak Reinitz | $4,800,000.00 |
| 68 | Leah Tauber | $4,800,000.00 |
| 69 | Miriam Ehrenfeld | $2,500,000.00 |
| 70 | Estate of Rose Joseph | $2,500,000.00 |
| 71 | Devora Pollack | $2,500,000.00 |
| 72 | Benjamin Reinitz | $2,500,000.00 |
| 73 | Leibel Reinitz | $2,500,000.00 |
| 74 | Shmuel Reinitz | $2,500,000.00 |
| 75 | Estate of Raizel Shimon | $2,500,000.00 |
| 76 | Helen Weider | $2,500,000.00 |
| 77 | Miriam Richter Grinblat | $4,003,007.00 |
| 78 | Moshe Richter | $2,500,000.00 |
| 79 | Yehudis Richter | $2,500,000.00 |
| 80 | Avraham Richter | $1,250,000.00 |
| 81 | Breina Richter Cohen | $1,250,000.00 |
| 82 | Nechama Richter | $1,250,000.00 |
| 83 | Sara Richter Green | $1,250,000.00 |
| 84 | Shlomo Chaim Richter | $1,562,500.00 |
| 85 | Tranne Richter Schwartz | $1,562,500.00 |
| 86 | Yaakov Richter | $1,646,469.00 |
| 87 | Yechiel Richter | $1,250,000.00 |
| 88 | Yisroel Richter | $1,250,000.00 |
| 89 | Yitzchok Richter | $1,562,500.00 |
| 90 | Erik Schecter | $7,483,901.00 |
| 91 | Estate of Bertin Tita | $51,639.00 |
| 92 | Estate of Ephraim Tita | $5,000,000.00 |

**Baxter, et al v The Islamic Republic of Iran, et al. (11-cv-02133)**

| | | |
|---|---|---|
| 93 | Shoshana Tita | $4,585,926.00 |
| 94 | Ezra Tita | $3,000,000.00 |
| 95 | Estate of Tiferet Tratner | $872,468.00 |
| 96 | Estate of Shlomo Tratner | $5,000,000.00 |
| 97 | Baruch Tratner | $2,500,000.00 |
| 98 | Drora Wizner | $2,500,000.00 |
| 99 | Belka Gez | $2,500,000.00 |
| 100 | Judit Tratner | $2,500,000.00 |
| 101 | Rivka Selzer | $3,228,729.00 |
| 102 | Obadiah Waxler | $7,469,747.00 |
| 103 | Arthur Waxler | $2,500,000.00 |
| 104 | Dina Waxler | $2,785,985.00 |
| 105 | Ezekial Waxler | $1,250,000.00 |
| 106 | Abraham Waxler | $1,250,000.00 |
| 107 | Haggi Waxler | $1,250,000.00 |
| 108 | Nachum Waxler | $1,250,000.00 |
| 109 | Yoel Waxler | $1,250,000.00 |
| 110 | Zacharia Waxler | $1,250,000.00 |
| 111 | Gedalia Waxler | $1,250,000.00 |
| 112 | Baruch Waxler | $1,250,000.00 |
| 113 | Yaakov Waxler | $1,250,000.00 |
| 114 | Chaya Rosenberg | $1,250,000.00 |
| 115 | Bracha Milstein | $1,250,000.00 |
| 116 | Shifra Miller | $1,250,000.00 |
| 117 | Estate of Goldy Zarkowsky | $806,020.00 |
| 118 | Estate of Eli Zarkowsky | $1,356,334.00 |
| 119 | Bshava Zarkowsky Richter | $11,639,869.00 |
| 120 | Estate of Elizabeth Schwartz | $5,000,000.00 |
| 121 | Estate of Max Schwartz | $5,000,000.00 |
| 122 | Mendel Zarkowsky | $12,800,000.00 |
| 123 | Estate of Perl Brailofsky | $4,800,000.00 |
| 124 | Chaya Felberbaum | $4,800,000.00 |
| 125 | Abraham Zarkowsky | $4,050,000.00 |
| 126 | Aharon Zarkowsky | $4,800,000.00 |
| 127 | Ezriel Zarkowsky | $4,800,000.00 |
| 128 | Gittel Silber | $4,800,000.00 |
| 129 | Joseph Zarkowsky | $4,050,000.00 |
| 130 | Miriam Felberbaum | $4,050,000.00 |
| 131 | Shrage Zarkowsky | $4,050,000.00 |
| 132 | Trany Silberman | $4,953,300.00 |
| 133 | Yehuda Zarkowsky | $4,800,000.00 |
| 134 | Malka Breuer | $2,500,000.00 |
| 135 | Ester Buxbaum | $2,500,000.00 |
| 136 | Gitel Cohen | $2,500,000.00 |
| 137 | Rachel Rosner | $2,500,000.00 |
| 138 | Jacob Schwartz | $2,500,000.00 |
| 139 | Michael Schwartz | $2,500,000.00 |

| | | |
|---|---|---|
| 140 | Philip Schwartz | $2,500,000.00 |
| | **Total** | $470,226,233.75 |

**Arnold Roth, et al v Islamic Republic of Iran, et al (1:11-cv-1377)**

| | A | B | C |
|---|---|---|---|
| | | **Plaintiff** | **Compensatory Judgment Amount** |
| | | | |
| | 1 | Rivka Roth Rappaport | $2,500,000.00 |
| | 2 | Zvi Roth | $2,500,000.00 |
| | 3 | Pinchas Roth | $2,500,000.00 |
| | 4 | Pesia Roth | $2,500,000.00 |
| | 5 | Shaya Roth | $2,500,000.00 |
| | 6 | Frimet Roth | $5,000,000.00 |
| | 7 | Estate of Malka Roth | $1,191,019.00 |
| | | | |
| | | Total | $18,691,019.00 |

**Ewan, et al v. Islamic Republic of Iran, et al. (1:17-cv-01628)**

| | Plaintiffs | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Michael Ewan | $3,919,982.00 |
| 2 | Maria Chlimon | $500,000.00 |
| 3 | Estate of Tannous Ewan | $500,000.00 |
| 4 | Elie Ewan | $500,000.00 |
| 5 | Estate of Emmanuel Ewan | $850,000.00 |
| 6 | Estate of Victoria Ewan | $850,000.00 |
| 7 | David Seelye | $4,539,588.00 |

| | | |
|---|---|---|
| | Total | $11,659,570.00 |

**Steinberg, et al. v. Islamic Republic of Iran (1:17-cv-01910)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Max Steinberg | $934,010.00 |
| 2 | Stuart Steinberg | $5,000,000.00 |
| 3 | Evie Steinberg | $5,000,000.00 |
| 4 | Jake Steinberg | $2,500,000.00 |
| 5 | Paige Teren | $2,500,000.00 |
| | | |
| | Total | $15,934,010.00 |

**Selig et al v. Islamic Republic of Iran, et al (1:19-cv-02889)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Paula Kantor | $2,694,185.00 |
| 2 | Anthony C. Kantor | $5,000,000.00 |
| 3 | Barbara Kantor | $5,000,000.00 |
| 4 | Laura Strylund | $2,500,000.00 |
| 5 | Anthony J. Kantor | $2,500,000.00 |
| 6 | Estate of Glenn Selig | $3,574,836.00 |
| 7 | Charyn Selig | $8,000,000.00 |
| 8 | Drew Selig | $6,250,000.00 |
| 9 | Joshua Selig | $6,250,000.00 |
| 10 | Estate of Abdullah Waheed | $2,003,606.00 |
| 11 | Alya Waheed | $8,000,000.00 |
| 12 | Amanullah Waheed | $5,000,000.00 |
| 13 | Mina Waheed | $5,000,000.00 |
| 14 | Meelod Waheed | $6,250,000.00 |
| | **Total** | **$68,022,627.00** |

**Henkin, et al. v. Islamic Republic of Iran, et al (1:18-cv-1273)**

| | A | B | C |
|---|---|---|---|
| | | **Plaintiff** | **Compensatory Judgment Amount** |
| | | | |
| | 1 | Anne Chana Henkin | $5,000,000.00 |
| | 2 | Estate of Judah Henkin | $5,000,000.00 |
| | 3 | Eliashir Elijah Henkin | $2,500,000.00 |
| | 4 | Jacob Bechor Henkin | $2,500,000.00 |
| | 5 | Yosef Gil Henkin | $2,500,000.00 |
| | 6 | Aderet Stern | $2,500,000.00 |
| | 7 | Taama Yaakovson | $2,500,000.00 |
| | | | |
| | | Total | $22,500,000.00 |

**Wang, et al. v. Islamic Republic of Iran (1:22-cv-000583)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Xiyue Wang | $20,432,875.00 |
| 2 | Hua Qu | $4,452,408.00 |
| 3 | Shaofan Qu | $2,500,000.00 |
| 4 | Kexu Lan | $2,500,000.00 |

| | |
|---|---|
| Total | $29,885,283.00 |

**Kenny et al v. Islamic Republic of Iran, et al (1:22-cv-03299)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Shawn Kenny | $5,000,000.00 |
| 2 | Estate of Herbert Selig | $6,250,000.00 |
| 3 | Lucille Selig | $5,000,000.00 |
| 4 | Jill Lasman | $2,500,000.00 |

| | | |
|---|---|---|
| | Total | $18,750,000.00 |

**Estate of Ari Fuld, et al v The Islamic Republic of Iran, et al. (20-cv-02444; 20-cv-3492)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Mary Fuld | $5,000,000.00 |
| 2 | Harvey Fuld | $5,000,000.00 |
| 3 | Daniel Fuld | $2,500,000.00 |
| 4 | Hillel Fuld | $2,500,000.00 |
| 5 | Eytan Fuld | $2,500,000.00 |
| 6 | Estate of Ari Fuld | $1,669,801.00 |
| 7 | Miriam Fuld | $8,642,936.00 |
| 8 | Eliezer Fuld | $5,000,000.00 |
| 9 | Natan Fuld | $5,000,000.00 |
| 10 | Naomi Ettinger | $5,000,000.00 |
| 11 | Tamar Beasley | $5,000,000.00 |
| | Total | $47,812,737.00 |

**Boothe, et al v The Islamic Republic of Iran, et al. (22-cv-01747)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Shastri Boothe | $9,740,506.00 |
| 2 | Morgan Boothe (Minor) | $2,500,000.00 |
| 3 | Jared Bland | $8,696,432.00 |
| 4 | Gabriella Bland (Minor) | $2,500,000.00 |
| 5 | Jared Bland, Jr. | $2,500,000.00 |
| 6 | Alex Murtha | $10,181,201.00 |
| 7 | Kelly McHenry | $2,500,000.00 |

Total $38,618,139.00

**Namazi, et a. v. Islamic Republic of Iran (24-cv-3506)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Siamak Namazi | $43,776,142.00 |
| 2 | Mohammed Baquer Namazi | $17,118,444.00 |
| | | |
| | Total | $60,894,586.00 |

**Aronow, et al v. Islamic Republic of Iran, et al. (1:18-cv-12001)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Richard Aronow | $14,948,532.00 |
| 2 | Laura Weinberg | $12,500,000.00 |
| 3 | Estate of Martin Aronow | $8,500,000.00 |
| 4 | Estate of Grace Aronow | $8,500,000.00 |
| 5 | Gil Aronow | $4,250,000.00 |
| 6 | Vera Aronow | $4,250,000.00 |
| 7 | Estate of Brian Murphy | $17,405,844.00 |
| 8 | Judith Bram Murphy | $12,500,000.00 |
| 9 | Ann Murphy | $4,250,000.00 |
| 10 | Cynthia Murphy | $4,250,000.00 |
| 11 | Harold Murphy | $4,250,000.00 |
| | **Total** | $95,604,376.00 |

**Ashton, et al v. al Qaeda Islamic Army, et al. (1:02-cv-06977)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Judith Bram Murphy | $12,500,000.00 |

| | Total | $12,500,000.00 |
|---|---|---|

**Bland, et al v Islamic Republic of Iran, et al (1:05-cv-02124)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Alan Anderson | $3,081,213.00 |
| 2 | Thelma Anderson | $1,000,000.00 |
| 3 | Estate of Stephen Boyd Bland | $1,370,701.00 |
| 4 | Estate of Frank Bland | $2,500,000.00 |
| 5 | Ruth Ann Bland | $8,000,000.00 |
| 6 | James Bland | $2,500,000.00 |
| 7 | Estate of Laura Virginia Copeland | $2,500,000.00 |
| 8 | Ronald Duplanty | $6,964,071.00 |
| 9 | Estate of Sean F. Estler | $714,272.00 |
| 10 | Keith Estler | $2,500,000.00 |
| 11 | Louis Estler | $5,000,000.00 |
| 12 | Mary Ellen Estler | $5,000,000.00 |
| 13 | Estate of Benjamin E. Fuller | $572,872.00 |
| 14 | Elaine Allen | $2,500,000.00 |
| 15 | Estate of Ernest C. Fuller | $5,000,000.00 |
| 16 | John Gibson | $9,647,440.00 |
| 17 | Maurice Gibson | $1,250,000.00 |
| 18 | Estate of Michael Hastings | $1,465,641.00 |
| 19 | Joyce Hastings | $5,000,000.00 |
| 20 | Estate of Paul Hein | $1,465,470.00 |
| 21 | Christopher Hein | $3,000,000.00 |
| 22 | Jo Ann Hein | $8,000,000.00 |
| 23 | Karen Hein - Sullivan | $3,000,000.00 |
| 24 | Victor Hein | $2,500,000.00 |
| 25 | Jacqueline M. Kunysz | $2,500,000.00 |
| 26 | Estate of John Hendrickson, Sr. | $1,500,000.00 |
| 27 | John Hendrickson, Jr. | $750,000.00 |
| 28 | Tyson Hendrickson | $750,000.00 |
| 29 | Deborah Ryan | $1,000,000.00 |
| 30 | Estate of Bruce Hollingshead | $2,047,300.00 |
| 31 | Melinda Hollingshead | $8,000,000.00 |
| 32 | Renard Manley | $4,226,651.00 |
| 33 | Estate of Michael Massman | $1,300,410.00 |
| 34 | Nicole Gomez | $3,000,000.00 |
| 35 | Angela Massman | $3,000,000.00 |
| 36 | Kristopher Massman | $3,000,000.00 |
| 37 | Lydia Massman | $8,000,000.00 |
| 38 | Estate of Patricia Lou Smith | $5,000,000.00 |
| 39 | Estate of Louis Melendez | $1,300,410.00 |
| 40 | Caida Melendez | $5,000,000.00 |
| 41 | Douglas Melendez | $2,500,000.00 |
| 42 | Johnny Melendez | $5,000,000.00 |
| 43 | Johnny Melendez, Jr. | $2,500,000.00 |
| 44 | Estate of Michael Mercer | $1,300,655.00 |
| 45 | Sarah Mercer Johnson | $3,000,000.00 |

**Bland, et al v Islamic Republic of Iran, et al (1:05-cv-02124)**

| | | |
|---|---|---|
| 46 | Samuel Palmer | $4,900,747.00 |
| 47 | Robin Nicely | $1,250,000.00 |
| 48 | Estate of Juan Rodriguez | $2,329,484.00 |
| 49 | Louisa Puntonet | $8,000,000.00 |
| 50 | Robert Rucker | $2,000,000.00 |
| 51 | Estate of Billy San Pedro | $1,850,755.00 |
| 52 | Cesar San Pedro | $2,500,000.00 |
| 53 | Sila San Pedro | $5,000,000.00 |
| 54 | Guillermo San Pedro | $5,000,000.00 |
| 55 | Javier San Pedro | $2,500,000.00 |
| 56 | Thurnell Shields | $5,200,640.00 |
| 57 | Emmanuel Simmons | $7,968,311.00 |
| 58 | Estate of James Surch | $1,143,488.00 |
| 59 | Patty Barnett | $2,500,000.00 |
| 60 | Will Surch | $2,500,000.00 |
| 61 | Bradley Ulick | $5,570,644.00 |
| 62 | Jeanette Dougherty | $1,250,000.00 |
| 63 | Marilyn Peterson | $2,500,000.00 |
| 64 | Estate of Eric Walker | $766,481.00 |
| 65 | Tena Walker-Jones | $2,500,000.00 |
| 66 | Ronnie Walker, Sr. | $3,427,096.00 |
| 67 | Ronnie Walker, Jr. | $1,500,000.00 |
| 68 | Galen Weber | $2,536,550.00 |
| 69 | Estate of Obrian Weekes | $1,312,848.00 |
| 70 | Anson Edmond | $2,500,000.00 |
| 71 | Arnold Edmond | $2,500,000.00 |
| 72 | Hazel Edmond | $2,500,000.00 |
| 73 | Wendy Edmond | $2,500,000.00 |
| 74 | Ianthe Weekes | $5,000,000.00 |
| 75 | Keith Weekes | $2,500,000.00 |
| 76 | Meta Weekes | $2,500,000.00 |
| 77 | Estate of Dennis Lloyd West | $1,373,424.00 |
| 78 | Kathy West | $8,000,000.00 |
| 79 | Estate of John Weyl | $1,218,334.00 |
| 80 | Kelly Bachlor | $3,000,000.00 |
| 81 | Robin Brock | $3,000,000.00 |
| 82 | Morgan Rowan | $3,000,000.00 |
| 83 | Sharon Rowan | $8,000,000.00 |
| 84 | Nelson Weyl | $5,000,000.00 |
| | **Total** | $277,805,908.00 |

**Brown, et al v. Islamic Republic of Iran, et al (1:08-cv-00531)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Joseph Barile | $4,103,130.00 |
| 2 | Angela Barile | $850,000.00 |
| 3 | Michael Barile | $500,000.00 |
| 4 | Andrea Ciarla | $500,000.00 |
| 5 | Ann Marie Moore | $500,000.00 |
| 6 | Angela Yoak | $500,000.00 |
| 7 | John Becker | $2,889,677.00 |
| 8 | Estate of Anthony Brown | $796,923.00 |
| 9 | Vara Brown | $5,000,000.00 |
| 10 | John Brown | $5,000,000.00 |
| 11 | Sulba Brown | $2,500,000.00 |
| 12 | Rowel Brown | $2,500,000.00 |
| 13 | Marvine McBride | $2,500,000.00 |
| 14 | LaJuana Smith | $3,000,000.00 |
| 15 | Rodney Burns | $2,448,157.00 |
| 16 | Jeannie Scaggs | $850,000.00 |
| 17 | Eugene Burns | $850,000.00 |
| 18 | David Burns | $500,000.00 |
| 19 | Daniel Cuddeback, Jr. | $6,230,049.00 |
| 20 | Daniel Cuddeback, Sr. | $2,500,000.00 |
| 21 | Barbara Cuddeback | $2,500,000.00 |
| 22 | Michael Episcopo | $2,055,978.00 |
| 23 | Randy Gaddo | $5,180,633.00 |
| 24 | Peter Gaddo | $1,250,000.00 |
| 25 | Timothy Gaddo | $1,250,000.00 |
| 26 | Louise Gaddo Blattler | $1,250,000.00 |
| 27 | Estate of William Gaines, Jr. | $2,580,273.00 |
| 28 | Michael Gaines | $2,500,000.00 |
| 29 | Carolyn Spears | $1,000,000.00 |
| 30 | William Gaines, Sr. | $5,000,000.00 |
| 31 | Carol Weaver | $8,000,000.00 |
| 32 | Estate of Virgel D. Hamilton | $2,967,024.00 |
| 33 | Gloria Hamilton | $9,000,000.00 |
| 34 | Bruce Hastings, Jr. | $2,500,000.00 |
| 35 | Maynard Hodges | $2,797,628.00 |
| 36 | Kathy Hodges | $1,000,000.00 |
| 37 | Mary Jean Hodges | $850,000.00 |
| 38 | Loretta Brown | $500,000.00 |
| 39 | Cindy Holmes | $500,000.00 |
| 40 | Shana Saul | $750,000.00 |
| 41 | Daniel Joy | $4,536,318.00 |
| 42 | Daniel Kremer | $3,436,414.00 |
| 43 | Joseph Kremer | $500,000.00 |
| 44 | Jacqueline Stahrr | $500,000.00 |
| 45 | Estate of Christine Kremer | $850,000.00 |

| | | |
|---|---|---|
| 46 | Estate of Thomas Kremer | $850,000.00 |
| 47 | Estate of David Lewis | $812,093.00 |
| 48 | Betty Lewis | $5,000,000.00 |
| 49 | Jerry Lewis | $2,500,000.00 |
| 50 | Scott Lewis | $2,500,000.00 |
| 51 | Paul Martinez, Sr. | $1,680,633.00 |
| 52 | Teresa Gunther | $500,000.00 |
| 53 | Esther Martinez Parks | $500,000.00 |
| 54 | Alphonso Martinez | $500,000.00 |
| 55 | Daniel Martinez | $500,000.00 |
| 56 | Michael Martinez | $500,000.00 |
| 57 | Paul Martinez, Jr. | $750,000.00 |
| 58 | Tomasita Martinez | $850,000.00 |
| 59 | Susanne Yeoman | $500,000.00 |
| 60 | Estate of Jeffrey Owen | $725,145.00 |
| 61 | Steven G. Owen | $2,500,000.00 |
| 62 | Estate of Jean Givens Owen | $5,000,000.00 |
| 63 | Estate of Michael L. Page | $9,385,467.00 |
| 64 | Albert Page | $2,500,000.00 |
| 65 | Janet Page | $2,500,000.00 |
| 66 | Joyce Clifford | $1,250,000.00 |
| 67 | David Penosky | $3,802,057.00 |
| 68 | Joseph Penosky | $750,000.00 |
| 69 | Christian Rauch | $1,796,398.00 |
| 70 | Leonard Tice | $4,623,953.00 |
| 71 | Estate of Burton Wherland | $1,733,344.00 |
| 72 | Sarah Wherland | $3,000,000.00 |
| 73 | Gregory Wherland | $3,000,000.00 |
| 74 | Kimmy Wherland | $2,500,000.00 |
| 75 | Estate of Charles F. West | $5,000,000.00 |
| 76 | Charles H. West | $2,500,000.00 |
| 77 | Rick West | $2,500,000.00 |
| 78 | Sharon Davis | $2,500,000.00 |
| | Total | $183,281,294.00 |

Spencer v Islamic Republic of Iran, et al (1:06-cv-00750) - Consolidated in Valore (1:03-cv-1959)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of James Silvia | $1,440,922.00 |
| 2 | Lynn Spencer | $11,125,000.00 |

Total $12,565,922.00

**Spencer v Islamic Republic of Iran, et al (1:12-cv-00042)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Robert Sword | $1,500,000.00 |
| 2 | Beulah Sword | $850,000.00 |
| 3 | William Sword | $500,000.00 |
| 4 | John Sword | $500,000.00 |
| 5 | Jerry Sword | $500,000.00 |
| 6 | Caroline Broadwine | $500,000.00 |
| 7 | Carmella Wood | $5,000,000.00 |

| | | |
|---|---|---|
| | Total | $9,350,000.00 |

**Ayers, et al. v. Islamic Republic of Iran (1:18-cv-00265)**

| | A | B | C |
|---|---|---|---|
| | | **Plaintiffs** | **Compensatory Judgment Amount** |
| | | | |
| | 1 | Kevin Ayres | $2,269,630.00 |
| | 2 | Carl Cronin | $3,852,115.00 |
| | 3 | Dwayne Hall | $3,332,717.00 |
| | 4 | Sandra Hammond | $2,500,000.00 |
| | 5 | Warner Lee Haynes | $3,786,859.00 |
| | 6 | Amanda Smith | $750,000.00 |
| | 7 | Russell Jarvis | $2,889,767.00 |
| | 8 | Michael Kelley | $1,500,000.00 |
| | 9 | Ernest Kelley | $850,000.00 |
| | 10 | Estate of Ruth Kelley | $850,000.00 |
| | 11 | Lisa Fletcher | $500,000.00 |
| | 12 | Dennis Kelley | $500,000.00 |
| | 13 | Teresa Cearley | $500,000.00 |
| | 14 | Estate of William Kilgore | $4,633,432.00 |
| | 15 | Estate of Gary Lewis | $3,070,743.00 |
| | 16 | Estate of Jack Lee Martin | $1,003,650.00 |
| | 17 | Linda Martin | $5,000,000.00 |
| | 18 | Estate of James N. Martin | $5,000,000.00 |
| | 19 | James N. Martin, Jr. | $2,500,000.00 |
| | 20 | Joe Carroll Martin | $2,500,000.00 |
| | 21 | Jeb Scott Martin | $2,500,000.00 |
| | 22 | Estate of Jill Barton | $2,500,000.00 |
| | 23 | Deborah Marshall | $1,000,000.00 |
| | 24 | Stacey McGinnis | $3,912,704.00 |
| | 25 | Charles R. Ogle | $2,000,000.00 |
| | 26 | Melanie Ogle | $1,320,000.00 |
| | 27 | Michael Oross | $2,000,000.00 |
| | 28 | Megunah Qehalth | $2,643,424.00 |
| | 29 | Eugene Smith | $3,351,262.00 |
| | 30 | Brian Teek | $2,540,322.00 |
| | 31 | Virgil Young, Jr. | $1,500,000.00 |
| | 32 | Isiah Young | $150,000.00 |
| | 33 | Chyla Young | $100,000.00 |
| | | | |
| | | Total | $73,306,625.00 |

**Bova, et al v. Islamic Republic of Iran, et al (1:19-cv-02889)**

| | A | B | C |
|---|---|---|---|
| | | **Plaintiffs** | **Compensatory Judgment Amount** |
| | | | |
| | 1 | Mark A. Cook | $1,500,000.00 |
| | 2 | Linda Collins | $850,000.00 |
| | 3 | Tracy L. Cook | $500,000.00 |
| | 4 | Cheryl Fellows | $500,000.00 |
| | 5 | Kevin Cook | $500,000.00 |
| | 6 | James K. Hines | $3,000,000.00 |
| | 7 | Estate of Eloise Hines | $1,500,000.00 |
| | 8 | Estate of Timothy McNeely | $1,057,942.00 |
| | 9 | Estate of Dorothy E. Cline McNeely | $5,000,000.00 |
| | 10 | Estate of David McNeely | $5,000,000.00 |
| | 11 | Vicki C. McNeely Brawley | $2,500,000.00 |
| | 12 | Joe Goodnight, Jr. | $2,500,000.00 |
| | 13 | Drucilla Schrewbury | $1,250,000.00 |
| | 14 | Adrian Samuel Mackowski Riega | $2,000,000.00 |
| | 15 | Wendy Gowan | $1,000,000.00 |
| | | | |
| | | Total | $28,657,942.00 |