**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ONBOARD,<br><br>Defendants In Rem. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01405-SLS<br>Judge Sparkle L. Sooknanan |

**DECLARATION OF WILLIAM H. STRANAHAN IN SUPPORT OF SWINNEY CLAIMANTS' OPPOSED MOTION TO CONFIRM TIMELINESS OF VERIFIED CLAIM AS TO PETROLEUM CARGO AND TO SET A DIFFERENT FILING TIME AS TO M/T PHONIX**

I, William H. Stranahan, declare as follows:

1. I am a Senior Litigation Manager at Aylstock, Witkin, Kreis & Overholtz, PLC (AWKO). I assisted with identifying this forfeiture action, monitoring docket developments, and coordinating preparation and filing of the Swinney Claimants' Verified Claim. The facts stated in this declaration are based on my personal knowledge, including my work on this matter and my review of relevant records.

2. On or about August 24, 2026, while researching potential avenues to enforce the Swinney Claimants' outstanding terrorism judgments against Iran, I identified this forfeiture action. I brought the action to J. Christopher Klotz's attention for consideration of whether the Swinney Claimants could assert an interest in the properties at issue.

3. In my initial review, I examined the Government's August 24, 2026 Status Report, ECF No. 13. That report described notice provided to identified potential claimants, stated that the Government intended to report back on September 8, 2026, and discussed a possible request for interlocutory sale relief if no claimant came forward.

4. After reviewing ECF No. 13, I began taking steps to pursue a verified claim on behalf of the Swinney Claimants. My work included reviewing the docket and relevant filings, coordinating supporting judgment and enforcement documentation, and obtaining signed verifications from the claimants.

5. Beginning on or about August 25, 2026, I monitored docket developments in this action through PACER case tracking, email notices, and manual checks for new filings and developments potentially affecting the preparation and filing of the Swinney Claimants' claim. I communicated relevant developments to counsel.

6. I did not receive direct notice from the United States under Supplemental Rule G(4)(b). In the course of my review, I understood ECF No. 13 to identify the parties to whom the United States reported providing direct notice; neither AWKO nor the Swinney Claimants appeared among those named recipients.

7. On September 29, 2026, the Swinney Claimants filed their Verified Claim, ECF No. 26, asserting an interest in both the Vessel and the Cargo. I assisted with coordinating that filing.

8. On or about October 1, 2026, during my review of the Government's September 25, 2026 Declaration of Publication, ECF No. 21, and the Declarations of Publication attached to it, ECF Nos. 21-1 and 21-2, I identified separate internet-publication notices for the Defendant Vessel and Defendant Cargo. The records reflected a July 20, 2026 first-publication date for the Vessel

(asset 26-FBI-003170) and an August 25, 2026 first-publication date for the Cargo (asset 26-FBI-003173). I did not review ECF No. 21 before the Swinney Claimants filed their Verified Claim.

9. On or about October 1, 2026, I brought the separate publication dates and their potential effect on the Verified Claim to Mr. Klotz's attention so that counsel could evaluate timeliness as to each property and seek appropriate relief.

10. I did not review the Government's September 8, 2026 Status Report, ECF No. 15, before the Swinney Claimants filed their Verified Claim on September 29, 2026. I overlooked that docket entry during my monitoring of the action. I have since reviewed it in connection with preparing this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on October 19, 2026.

William Stranahan

William H. Stranahan