**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:26-cv-01405-SLS |
| v. | ) | Judge Sparkle L. Sooknanan |
| | ) | |
| MOTOR TANKER PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ONBOARD, | ) | |
| | ) | |
| Defendants In Rem. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the *Swinney* Claimants' Opposed Motion to Confirm Timeliness of Verified Claim as to Petroleum Cargo and to Set a Different Filing Time as to M/T PHONIX and Incorporated Memorandum of Points and Authorities, the exhibits thereto, the Government's declarations of publication (ECF Nos. 21-1, 21-2), any opposition and reply thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Swinney Claimants' Verified Claim, ECF No. 26, is deemed timely filed as to the petroleum cargo aboard the M/T PHONIX (asset 26-FBI-003173), for which the Government's notice states a first publication date of August 25, 2026, ECF No. 21-2, under Supplemental Rule G(5)(a)(ii)(B); and it is further

ORDERED that, for good cause under Supplemental Rule G(5)(a)(ii), or alternatively upon a finding of excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), September 29, 2026 is set as the time for filing the Verified Claim, ECF No. 26, insofar as it concerns the M/T

PHONIX vessel (asset 26-FBI-003170), and the Verified Claim is deemed timely filed as to the vessel; and it is further

ORDERED that, to the extent the September 18, 2026 deadline applied to any portion of the Verified Claim concerning the petroleum cargo, September 29, 2026 is likewise set as the filing time for that portion; and it is further

ORDERED that this Order is without prejudice to any party's right to raise any properly presented challenge to the Swinney Claimants' standing, whether statutory or constitutional, or to execution prerequisites, attachment, ownership, or priority, including by motion under Supplemental Rule G(8)(c); and it is further

ORDERED that nothing in this Order extends or alters any other deadline in this action.

SO ORDERED.

Date: ____________________, 2026

______________________________
SPARKLE L. SOOKNANAN
United States District Judge