AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
*Plaintiff*
v.
MOTOR TANKER PHONIX WITH INTERNATIONAL M
*Defendant*

Case No. 1:26-cv-01405-SLS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Swinney Claimants .

Date: 10/19/2026

/s/ Douglass A. Kreis
*Attorney's signature*

Douglas A. Kreis (FL00173)
*Printed name and bar number*

Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street
Suite 200
Pensacola, FL 32502
*Address*

dkreis@awkolaw.com
*E-mail address*

(850) 202-1010
*Telephone number*

(850) 916-7449
*FAX number*