**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Civ. A. No. 26-cv-1405 (SLS)** |
| **MOTOR TANKER PHONIX BEARING** | : | |
| **INTERNATIONAL MARITIME** | : | |
| **NUMBER 9198317, AND OIL CARGO** | : | |
| **LADEN THERON,** | : | |
| | : | |
| Defendants *In Rem*, | : | |

**GOVERNMENT'S RESPONSE TO SWINNEY CLAIMANTS' MOTION REGARDING TIMELINESS**

The Government responds to the Swinney Claimants' motion regarding the timeliness of their claim, D.E. 34. In the interest of preventing needless litigation, the Government does not oppose the motion.

Without belaboring the point, two groups of Iranian terror victims *besides* the Swinney Claimants filed timely claims on the M/T Phonix and its cargo. D.E. 17, 24. Thus, regardless of the timeliness *vel non* of the Swinney Claimants' claim, there would be little or no efficiency gains to challenging the timeliness of the Swinney Claimants' claim. Even if the Swinney Claimants were strikable on timeliness grounds, striking them would not meaningfully streamline this case. Thus, contesting the Swinney Claimants' motion would not be a worthwhile use of party or Court resources.

* * * * *

Dated: October 21, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *__/s/ Rajbir Datta__*
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden__*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control Section
Sean.Heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture Section, Criminal Division
U.S. Department of Justice

By: __/s/ *Joshua L. Sohn*__
Joshua L. Sohn
S. Chartey Quarcoo
Trial Attorneys
Joshua.sohn@usdoj.gov