UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

M/T PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ONBOARD,

Defendants.

Civ. A. No. 1:26-cv-01405-SLS

**GOVERNMENT'S ANSWER TO COUNTERCLAIMS OF CLAIMANTS WITH SUCCESSFUL JUDGMENTS AGAINST IRAN**

Plaintiff United States of America ("the Government") hereby Answers the counterclaims filed by Claimants with Successful Judgments Against Iran ("Claimants").

1. Denied that the Court has jurisdiction over the TRIA Claims given that Claimants lack standing.
2. Admitted.
3. The Government lacks the knowledge to admit or deny.
4. States a conclusion of law to which no response is required.
5. The Government lacks the knowledge to admit or deny.
6. States a conclusion of law to which no response is required.
7. States a conclusion of law to which no response is required.
8. States a conclusion of law to which no response is required.
9. Denied to the extent Claimants imply that they (or other TRIA claimants) have a valid "interest" in the Defendant Property.

**PRIORITY UNDER TRIA § 201**

10. No response required.

11. States a conclusion of law to which no response is required.

12. States a conclusion of law to which no response is required.

13. States a conclusion of law to which no response is required.

14. States a conclusion of law to which no response is required.

**JURY DEMAND, DECLARATORY RELIEF, AND PRAYER FOR RELIEF**

The Government opposes Claimants' prayer for relief (including for declaratory relief) and denies that Claimants have any right to demand a jury, given that this case sounds in admiralty. *See C.J. Hendry Co. v. Moore*, 318 U.S. 133, 152 (1943); *United States v. One 1976 Mercedes Benz*, 618 F.2d 453, 458-59 (7th Cir. 1980); 50A C.J.S. JURIES § 101; 5B FED. PROC., L. ED. § 10:37; *Folksamerica Reinsurance Co. v. Clean Water of New York, Inc.,* 413 F.3d 307, 318 (2d Cir. 2005).

Dated: October 22, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: ____*/s/ Rajbir Datta*___________
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687

Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: __*/s/ Sean Heiden*____________
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: __/s/ *Joshua L. Sohn*____________________
Joshua L. Sohn
S. Chartey Quarcoo
Trial Attorneys
Joshua.sohn@usdoj.gov