**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IN THE MATTER OF THE SEIZURE OF THE M/T PHONIX WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9198317, AND ALL PETROLEUM PRODUCT ONBOARD,<br><br>Defendants *In Rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01405-SLS<br><br>Judge Sparkle L. Sooknanan |

**EXHIBIT A**
**TO AMBUSH CLAIMANTS' VERIFIED CLAIM AND STATEMENT OF INTEREST**
**Ambush Claimants by Case -- Compensatory Damages Awarded**

Amounts are the compensatory damages awarded in each judgment, as entered, exclusive of punitive damages and post-judgment interest.

**Flanagan v. Islamic Republic of Iran, Civil Action No. 1:10-cv-01643 (RC) (D.D.C.)**

Amended judgment entered April 2, 2015 under 28 U.S.C. § 1605A. Claimants: 5. Compensatory awards claimed: $18,750,000.00.

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 1 | Saundra Flanagan | Mother | $6,250,000.00 |
| 2 | James Rux | Brother | $3,125,000.00 |
| 3 | Thomas Rux | Brother | $3,125,000.00 |
| 4 | Timothy Rux | Brother | $3,125,000.00 |
| 5 | Matthew Rux | Brother | $3,125,000.00 |
| | **Subtotal -- Flanagan (5 claimants)** | | **$18,750,000.00** |

**Parhamovich v. Islamic Republic of Iran, Civil Action No. 1:17-cv-00061 (GMH) (D.D.C.)**

Judgment entered November 27, 2023 under 28 U.S.C. § 1605A. Claimants: 6. Compensatory awards claimed: $23,738,000.00.

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 1 | Estate of Andrea S. Parhamovich | Decedent | $3,738,000.00 |
| 2 | Vicki L. Parhamovich | Mother | $5,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 3 | Andre E. Parhamovich | Father | $6,250,000.00 |
| 4 | Marcella Zampini | Sister | $2,500,000.00 |
| 5 | Chris Parhamovich | Brother | $3,125,000.00 |
| 6 | Cory Parhamovich | Brother | $3,125,000.00 |
| | **Subtotal -- Parhamovich (6 claimants)** | | **$23,738,000.00** |

**Schooley v. Islamic Republic of Iran, Civil Action No. 1:17-cv-01376 (BAH) (D.D.C.)**

Judgment entered June 27, 2019 under 28 U.S.C. § 1605A. Claimants: 213. Compensatory awards claimed: $866,000,000.00.

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 1 | Jimmy Adams | Service Member | $7,000,000.00 |
| 2 | John Baldwin | Service Member | $7,000,000.00 |
| 3 | Stacey Benfield | Service Member | $7,000,000.00 |
| 4 | Rondal Burns | Service Member | $7,000,000.00 |
| 5 | Melinda Caines | Service Member | $7,000,000.00 |
| 6 | Salvatore Capaccio | Service Member | $7,000,000.00 |
| 7 | Paul Collins | Service Member | $7,000,000.00 |
| 8 | Robert DePyssler | Service Member | $7,000,000.00 |
| 9 | Michael Atkins | Service Member | $7,000,000.00 |
| 10 | Rudolph Grimm | Service Member | $7,000,000.00 |
| 11 | Michael Harner | Service Member | $7,000,000.00 |
| 12 | Willard Brewster | Service Member | $7,000,000.00 |
| 13 | Steven Kitis | Service Member | $7,000,000.00 |
| 14 | Angeline Marsh | Service Member | $7,000,000.00 |
| 15 | Joe McDonald | Service Member | $7,000,000.00 |
| 16 | Jennifer Parker | Service Member | $7,000,000.00 |
| 17 | Dana Rozelle | Service Member | $7,000,000.00 |
| 18 | Brian Volk | Service Member | $7,000,000.00 |
| 19 | Clifford Thomas | Service Member | $7,000,000.00 |
| 20 | Brandie Shaffer | Service Member | $7,000,000.00 |
| 21 | Artis Coleman | Service Member | $7,000,000.00 |
| 22 | Laurence Oliver | Service Member | $7,000,000.00 |
| 23 | Grady Tucker Jr. | Service Member | $7,000,000.00 |
| 24 | Jon Schamber | Service Member | $7,000,000.00 |
| 25 | Erich Schneider | Service Member | $7,000,000.00 |
| 26 | Thomas Kininger | Service Member | $7,000,000.00 |
| 27 | Andrea Richards | Service Member | $7,000,000.00 |
| 28 | Dusty Huntley | Service Member | $7,000,000.00 |
| 29 | Travis Wyatt | Service Member | $7,000,000.00 |
| 30 | William Schooley | Service Member | $7,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 31 | Selena Zuhoski | Service Member | $7,000,000.00 |
| 32 | Estate of Michael Jay | Service Member | $7,000,000.00 |
| 33 | Billy Allen Jr. | Service Member | $7,000,000.00 |
| 34 | Mitchell Wright | Service Member | $7,000,000.00 |
| 35 | Estate of Hector Manuel Gonzalez-Pastrana | Service Member | $7,000,000.00 |
| 36 | Jefferson Craven | Service Member | $7,000,000.00 |
| 37 | George Nicholaou | Service Member | $7,000,000.00 |
| 38 | Larry Frank | Service Member | $7,000,000.00 |
| 39 | Aaron Weimer | Service Member | $7,000,000.00 |
| 40 | William Sine | Service Member | $7,000,000.00 |
| 41 | Phillip Miller | Service Member | $7,000,000.00 |
| 42 | Estate of Roland Tiner Jr. | Service Member | $7,000,000.00 |
| 43 | Richard Rollins | Service Member | $7,000,000.00 |
| 44 | Rodney Smith | Service Member | $7,000,000.00 |
| 45 | Kevin Williams | Service Member | $7,000,000.00 |
| 46 | Angel Ayala | Service Member | $6,000,000.00 |
| 47 | Kyle Brown | Service Member | $6,000,000.00 |
| 48 | Dwayne Burnham | Service Member | $6,000,000.00 |
| 49 | Shawn Clevenger | Service Member | $6,000,000.00 |
| 50 | Thomas Edman | Service Member | $6,000,000.00 |
| 51 | William Giles IV | Service Member | $6,000,000.00 |
| 52 | Michael Goff | Service Member | $6,000,000.00 |
| 53 | Shawn Hale | Service Member | $6,000,000.00 |
| 54 | Torrey Hardy | Service Member | $6,000,000.00 |
| 55 | Randy Hooker | Service Member | $6,000,000.00 |
| 56 | Stephen Johnson | Service Member | $6,000,000.00 |
| 57 | Aaron Lande | Service Member | $6,000,000.00 |
| 58 | Erin Murphy | Service Member | $6,000,000.00 |
| 59 | Matthew McEndree | Service Member | $6,000,000.00 |
| 60 | Mary Ortiz | Service Member | $6,000,000.00 |
| 61 | Bryan Scott | Service Member | $6,000,000.00 |
| 62 | Zachary Sutton | Service Member | $6,000,000.00 |
| 63 | Robert Siler | Service Member | $6,000,000.00 |
| 64 | Leighton Reid | Service Member | $6,000,000.00 |
| 65 | Eric Castor | Service Member | $6,000,000.00 |
| 66 | Martin Wheeler | Service Member | $6,000,000.00 |
| 67 | Michael Wilson | Service Member | $6,000,000.00 |
| 68 | Jereme Schuchard | Service Member | $6,000,000.00 |
| 69 | Scott Wolff | Service Member | $6,000,000.00 |
| 70 | John Yeichner | Service Member | $6,000,000.00 |
| 71 | Hilario Carrizales | Service Member | $6,000,000.00 |
| 72 | Elliott Williams | Service Member | $6,000,000.00 |
| 73 | Estate of Gregory DeArman | Service Member | $6,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 74 | Rose Davis | Service Member | $5,000,000.00 |
| 75 | Jeffrey Gardner | Service Member | $5,000,000.00 |
| 76 | Gregory Hedglin | Service Member | $5,000,000.00 |
| 77 | Patrick Kick | Service Member | $5,000,000.00 |
| 78 | Shawn Mohammed | Service Member | $5,000,000.00 |
| 79 | Ronald Neldon | Service Member | $5,000,000.00 |
| 80 | Kenneth Sturdivant | Service Member | $5,000,000.00 |
| 81 | Kevin Pflaum | Service Member | $5,000,000.00 |
| 82 | Brian Vanhorn | Service Member | $5,000,000.00 |
| 83 | David Westrup | Service Member | $5,000,000.00 |
| 84 | Joseph Wilson | Service Member | $5,000,000.00 |
| 85 | Timothy Albritton | Service Member | $5,000,000.00 |
| 86 | Bryan Brock | Service Member | $5,000,000.00 |
| 87 | Robbie Cotterman | Service Member | $5,000,000.00 |
| 88 | Richard Dupree | Service Member | $5,000,000.00 |
| 89 | David Jordan | Service Member | $5,000,000.00 |
| 90 | Shane Little | Service Member | $5,000,000.00 |
| 91 | Scott Miller | Service Member | $5,000,000.00 |
| 92 | Joseph Stroud | Service Member | $5,000,000.00 |
| 93 | Deborah Danielsgale | Service Member | $5,000,000.00 |
| 94 | Josephine Alston | Service Member | $3,000,000.00 |
| 95 | Christopher Freeman | Service Member | $3,000,000.00 |
| 96 | Shannon Bump | Service Member | $3,000,000.00 |
| 97 | Dustin Rhode | Service Member | $3,000,000.00 |
| 98 | Douglas Widdis | Service Member | $3,000,000.00 |
| 99 | Carol Adams | Spouse | $4,000,000.00 |
| 100 | Estate of Sandra Albritton | Spouse | $4,000,000.00 |
| 101 | Amanda Brown | Spouse | $4,000,000.00 |
| 102 | Valerie Bump | Spouse | $4,000,000.00 |
| 103 | Debra Burnham | Spouse | $4,000,000.00 |
| 104 | Rebekah Burns | Spouse | $4,000,000.00 |
| 105 | Elizabeth Edman | Spouse | $4,000,000.00 |
| 106 | Julia Harner | Spouse | $4,000,000.00 |
| 107 | Estate of Ruth Jordan | Spouse | $4,000,000.00 |
| 108 | Jessica Johnson | Spouse | $4,000,000.00 |
| 109 | Geraldine Hartman-Kitis | Spouse | $4,000,000.00 |
| 110 | Margaret Thomas | Spouse | $4,000,000.00 |
| 111 | Betty Coleman | Spouse | $4,000,000.00 |
| 112 | Donna Pflaum | Spouse | $4,000,000.00 |
| 113 | Rebecca Westrup | Spouse | $4,000,000.00 |
| 114 | Toni Olsen-Wilson | Spouse | $4,000,000.00 |
| 115 | Roberta Huntley | Spouse | $4,000,000.00 |
| 116 | Tracie Wheeler | Spouse | $4,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 117 | Patricia Wright | Spouse | $4,000,000.00 |
| 118 | Diana Gonzalez-Pastrana | Spouse | $4,000,000.00 |
| 119 | Estate of Tirana Craven | Spouse | $4,000,000.00 |
| 120 | Noreen Nicholaou | Spouse | $4,000,000.00 |
| 121 | Sonia Frank | Spouse | $4,000,000.00 |
| 122 | Juanita Carrizales | Spouse | $4,000,000.00 |
| 123 | Jennie Smith | Spouse | $4,000,000.00 |
| 124 | Dana Williams | Spouse | $4,000,000.00 |
| 125 | Fernando Ayala | Parent | $2,500,000.00 |
| 126 | Zandra Ayala | Parent | $2,500,000.00 |
| 127 | Bobby F. Baldwin Jr. | Parent | $2,500,000.00 |
| 128 | Kathy Beach | Parent | $2,500,000.00 |
| 129 | Gloria Brown | Parent | $2,500,000.00 |
| 130 | Estate of Jimmy Brown | Parent | $2,500,000.00 |
| 131 | Joan Locke | Parent | $2,500,000.00 |
| 132 | Ralph Burnham | Parent | $2,500,000.00 |
| 133 | Estate of Margaret Burnham | Parent | $2,500,000.00 |
| 134 | Alfreda Peak | Parent | $2,500,000.00 |
| 135 | John Dean | Parent | $2,500,000.00 |
| 136 | Diane Martucci | Parent | $2,500,000.00 |
| 137 | Robert W. DePyssler | Parent | $2,500,000.00 |
| 138 | Patricia Atkins | Parent | $2,500,000.00 |
| 139 | Estate of William Giles III | Parent | $2,500,000.00 |
| 140 | Connie Love | Parent | $2,500,000.00 |
| 141 | Estate of Nancy Harner | Parent | $2,500,000.00 |
| 142 | James Harner | Parent | $2,500,000.00 |
| 143 | Estate of Minnie Hebert | Parent | $2,500,000.00 |
| 144 | Laurie Rhode | Parent | $2,500,000.00 |
| 145 | Connie Sturgill | Parent | $2,500,000.00 |
| 146 | Michael G. Scott | Parent | $2,500,000.00 |
| 147 | Estate of Grady Tucker Sr. | Parent | $2,500,000.00 |
| 148 | Diane Martinson | Parent | $2,500,000.00 |
| 149 | Kenneth Castor | Parent | $2,500,000.00 |
| 150 | Nancy Castor | Parent | $2,500,000.00 |
| 151 | Linda Robinson | Parent | $2,500,000.00 |
| 152 | Donna Jay | Parent | $2,500,000.00 |
| 153 | Estate of Robert Jay | Parent | $2,500,000.00 |
| 154 | Estate of Lorna McDermott | Parent | $2,500,000.00 |
| 155 | Brenda Munoz | Parent | $4,000,000.00 |
| 156 | Annie Tiner | Parent | $4,000,000.00 |
| 157 | Erika Weinfurter | Child | $1,500,000.00 |
| 158 | Brittany Alston | Child | $1,500,000.00 |
| 159 | Marcus Alston | Child | $1,500,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 160 | Dwight Burnham | Child | $1,500,000.00 |
| 161 | Keelan Burnham | Child | $1,500,000.00 |
| 162 | Emileigh Ledgerwood | Child | $1,500,000.00 |
| 163 | Nickolaus Burns | Child | $1,500,000.00 |
| 164 | Stephen Johnson II | Child | $1,500,000.00 |
| 165 | Ryan Johnson | Child | $1,500,000.00 |
| 166 | Camillia Thomas-Harris | Child | $1,500,000.00 |
| 167 | Cedrick Thomas | Child | $1,500,000.00 |
| 168 | Adrian Thomas | Child | $1,500,000.00 |
| 169 | Sean Reid | Child | $1,500,000.00 |
| 170 | Artis Coleman Jr. | Child | $1,500,000.00 |
| 171 | Kevin Huntley | Child | $1,500,000.00 |
| 172 | Kyle Huntley | Child | $1,500,000.00 |
| 173 | Ashlie Wheeler | Child | $1,500,000.00 |
| 174 | Elin Brown | Child | $1,500,000.00 |
| 175 | Erik Wright | Child | $1,500,000.00 |
| 176 | Hector Gonzalez Jr. | Child | $1,500,000.00 |
| 177 | Jose Gonzalez | Child | $1,500,000.00 |
| 178 | Natasha Gonzalez | Child | $1,500,000.00 |
| 179 | Jessica Verboom | Child | $1,500,000.00 |
| 180 | Nathan Frank | Child | $1,500,000.00 |
| 181 | Dana Frank | Child | $1,500,000.00 |
| 182 | Olivia Carrizales | Child | $1,500,000.00 |
| 183 | Sarah Carrizales | Child | $1,500,000.00 |
| 184 | William D. Sine | Child | $1,500,000.00 |
| 185 | Michael Westrup | Child | $1,500,000.00 |
| 186 | Angelena Mangnall | Child | $1,500,000.00 |
| 187 | Msichanna Alexander | Child | $1,500,000.00 |
| 188 | A'Doria Smith | Child | $1,500,000.00 |
| 189 | Alexandra Smith | Child | $1,500,000.00 |
| 190 | Romarus Smith | Child | $1,500,000.00 |
| 191 | Erik Lee | Child | $1,500,000.00 |
| 192 | Chad Williams | Child | $1,500,000.00 |
| 193 | Kelsie Williams | Child | $1,500,000.00 |
| 194 | Brenton Wilson | Child | $1,500,000.00 |
| 195 | Brandon Olsen | Child | $1,500,000.00 |
| 196 | John Ayala | Sibling | $1,250,000.00 |
| 197 | Bobby Baldwin III | Sibling | $1,250,000.00 |
| 198 | Steven Baldwin | Sibling | $1,250,000.00 |
| 199 | Melena Collins | Sibling | $1,250,000.00 |
| 200 | Carmen Dean | Sibling | $1,250,000.00 |
| 201 | Tammy Adams | Sibling | $1,250,000.00 |
| 202 | Michelle Caldwell | Sibling | $1,250,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 203 | Michael Scott II | Sibling | $1,250,000.00 |
| 204 | Jonathan Scott | Sibling | $1,250,000.00 |
| 205 | Laura Washer | Sibling | $1,250,000.00 |
| 206 | Stacee Tiner Marcum | Sibling | $1,250,000.00 |
| 207 | Thomas Tiner | Sibling | $1,250,000.00 |
| 208 | Richard Wilson | Sibling | $1,250,000.00 |
| 209 | Daryl Wilson | Sibling | $1,250,000.00 |
| 210 | Estate of Rodney Wilson | Sibling | $1,250,000.00 |
| 211 | Eric Wilson | Sibling | $1,250,000.00 |
| 212 | Joe Wilson Jr. | Sibling | $1,250,000.00 |
| 213 | Eric Williams | Sibling | $1,250,000.00 |
| | **Subtotal -- Schooley (213 claimants)** | | **$866,000,000.00** |

**Ackley v. Islamic Republic of Iran, Civil Action No. 1:20-cv-00621 (BAH) (D.D.C.)**

Judgment entered August 12, 2022 under 28 U.S.C. § 1605A. Claimants: 157 (159 awards; two claimants recovered in two capacities). Compensatory awards claimed: $533,750,000.00.

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 1 | Lisa M. Cafiero | Service Member | $7,000,000.00 |
| 2 | Zachary J. Capogna | Service Member | $7,000,000.00 |
| 3 | Jason D. Carley | Service Member | $7,000,000.00 |
| 4 | Manuel J. Carrasco | Service Member | $7,000,000.00 |
| 5 | Jeffrey Conrad | Service Member | $7,000,000.00 |
| 6 | Jason B. Dixon | Service Member | $7,000,000.00 |
| 7 | Christopher O. Doggett | Service Member | $7,000,000.00 |
| 8 | Bryan W. Fox | Service Member | $7,000,000.00 |
| 9 | John P. Garcia Jr. | Service Member | $7,000,000.00 |
| 10 | Carl R. Hamilton Jr. | Service Member | $7,000,000.00 |
| 11 | Jeffrey L. Hill | Service Member | $7,000,000.00 |
| 12 | Rodney Houston | Service Member | $7,000,000.00 |
| 13 | Roger K. Kaalekahi IV | Service Member | $7,000,000.00 |
| 14 | David A. Krueger | Service Member | $7,000,000.00 |
| 15 | David W. Long Sr. | Service Member | $7,000,000.00 |
| 16 | John G. McCarthy | Service Member | $7,000,000.00 |
| 17 | Flor D. Morales | Service Member | $7,000,000.00 |
| 18 | Mark W. O'Toole | Service Member | $7,000,000.00 |
| 19 | Eldred E. Pailin | Service Member | $7,000,000.00 |
| 20 | Jeremy L. Parratt | Service Member | $7,000,000.00 |
| 21 | Michael J. Perfetti | Service Member | $7,000,000.00 |
| 22 | Rafael Rivera Jr. | Service Member | $7,000,000.00 |
| 23 | David C. Robinson | Service Member | $7,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 24 | Trena W. Schmidt | Service Member | $7,000,000.00 |
| 25 | Michael S. Spencer | Service Member | $7,000,000.00 |
| 26 | Billy J. Stewart | Service Member | $7,000,000.00 |
| 27 | Robert K. Young | Service Member | $7,000,000.00 |
| 28 | Sandra J. Beneway | Service Member | $6,000,000.00 |
| 29 | Benjamin C. Depweg | Service Member | $6,000,000.00 |
| 30 | Craig J. Dick | Service Member | $6,000,000.00 |
| 31 | Estate of George G. Dyer III | Service Member | $6,000,000.00 |
| 32 | Steven D. Garcia | Service Member | $6,000,000.00 |
| 33 | Richard R. Jiron | Service Member | $6,000,000.00 |
| 34 | Christopher E. Marsh | Service Member | $6,000,000.00 |
| 35 | Jason L. Melvin | Service Member | $6,000,000.00 |
| 36 | Morris M. Myers Jr. | Service Member | $6,000,000.00 |
| 37 | William G. Neff | Service Member | $6,000,000.00 |
| 38 | Elisha J. Novell | Service Member | $6,000,000.00 |
| 39 | Pascha R. Payton | Service Member | $6,000,000.00 |
| 40 | Andre L. Stanton | Service Member | $6,000,000.00 |
| 41 | Anthony J. Whiting | Service Member | $6,000,000.00 |
| 42 | Andre L. Bedgood | Service Member | $5,000,000.00 |
| 43 | Dallas W. Croft | Service Member | $5,000,000.00 |
| 44 | Carrie L. Dobos | Service Member | $5,000,000.00 |
| 45 | Terry M. Dunn Jr. | Service Member | $5,000,000.00 |
| 46 | Alfredo R. Guerrero | Service Member | $5,000,000.00 |
| 47 | Estate of Gregory M. Hillabrant | Service Member | $5,000,000.00 |
| 48 | Steven Jaronsky | Service Member | $5,000,000.00 |
| 49 | Shane Rechcygl | Service Member | $5,000,000.00 |
| 50 | David J. Ackley Jr. | Service Member | $3,000,000.00 |
| 51 | Rita G. Ackley | Service Member | $3,000,000.00 |
| 52 | David J. Ackley Jr. | Spouse | $2,000,000.00 |
| 53 | Rita G. Ackley | Spouse | $2,000,000.00 |
| 54 | April A. Widdis | Spouse | $2,000,000.00 |
| 55 | Mari E. DeLacy | Spouse | $4,000,000.00 |
| 56 | Gretchen A. Capogna | Spouse | $4,000,000.00 |
| 57 | Kirsten I. Carrasco | Spouse | $4,000,000.00 |
| 58 | Teresa Conrad | Spouse | $4,000,000.00 |
| 59 | Juli A. Croft | Spouse | $4,000,000.00 |
| 60 | Donna J. Dixon | Spouse | $4,000,000.00 |
| 61 | Edward C. Dobos | Spouse | $4,000,000.00 |
| 62 | Autumn Hamilton O'Brien | Spouse | $4,000,000.00 |
| 63 | Brandy O. Jiron | Spouse | $4,000,000.00 |
| 64 | Valerie M. Kaalekahi | Spouse | $4,000,000.00 |
| 65 | Cynthia A. Long | Spouse | $4,000,000.00 |
| 66 | Stacey L. O'Toole | Spouse | $4,000,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 67 | Talena M. Spencer | Spouse | $4,000,000.00 |
| 68 | Elizabeth A. Bedgood | Parent | $2,500,000.00 |
| 69 | Philip W. Brown | Parent | $2,500,000.00 |
| 70 | Karen M. Voie | Parent | $2,500,000.00 |
| 71 | John H. Capogna | Parent | $2,500,000.00 |
| 72 | Allia M. Coleman | Parent | $2,500,000.00 |
| 73 | Kathleen A. Dick | Parent | $2,500,000.00 |
| 74 | Craig W. Dick | Parent | $2,500,000.00 |
| 75 | Anne M. French | Parent | $2,500,000.00 |
| 76 | Estate of Charles D. French | Parent | $2,500,000.00 |
| 77 | Sherrie K. McBride | Parent | $2,500,000.00 |
| 78 | Vicki L. Dunn | Parent | $2,500,000.00 |
| 79 | Terry M. Dunn Sr. | Parent | $2,500,000.00 |
| 80 | Sylvetta E. Fox | Parent | $2,500,000.00 |
| 81 | Walter W. Fox Jr. | Parent | $2,500,000.00 |
| 82 | Estate of Virginia R. Garcia | Parent | $2,500,000.00 |
| 83 | John P. Garcia Sr. | Parent | $2,500,000.00 |
| 84 | Karen M. Rainville | Parent | $2,500,000.00 |
| 85 | Estate of Dennis A. Rainville | Parent | $2,500,000.00 |
| 86 | Jane M. Hillabrant | Parent | $2,500,000.00 |
| 87 | Elise Lombardo | Parent | $2,500,000.00 |
| 88 | Mary J. Jiron | Parent | $2,500,000.00 |
| 89 | Randall Jiron | Parent | $2,500,000.00 |
| 90 | Martina Ortiz | Parent | $2,500,000.00 |
| 91 | Sherry D. Byes | Parent | $2,500,000.00 |
| 92 | Donna L. Oliver | Parent | $2,500,000.00 |
| 93 | Paul Oliver | Parent | $2,500,000.00 |
| 94 | Priscilla R. Bradley | Parent | $2,500,000.00 |
| 95 | Stella L. Thot | Parent | $2,500,000.00 |
| 96 | Kymberlye R. Yeichner | Parent | $2,500,000.00 |
| 97 | Jane F. Boyle | Parent | $1,875,000.00 |
| 98 | David J. Ackley Sr. | Parent | $1,875,000.00 |
| 99 | Donald Stidham | Parent | $1,875,000.00 |
| 100 | Christina L. Mattingly | Child | $1,500,000.00 |
| 101 | Mackenzie E. Capogna | Child | $1,500,000.00 |
| 102 | Kyle T. Capogna | Child | $1,500,000.00 |
| 103 | Dallas T. Croft | Child | $1,500,000.00 |
| 104 | Andrew K. Croft | Child | $1,500,000.00 |
| 105 | Molly A. Dobos | Child | $1,500,000.00 |
| 106 | Erika L. Rust | Child | $1,500,000.00 |
| 107 | Kasey D. Phillips | Child | $1,500,000.00 |
| 108 | Haley I. Dobos | Child | $1,500,000.00 |
| 109 | Alyxandra L. Doggett | Child | $1,500,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 110 | Markie B. Dunn | Child | $1,500,000.00 |
| 111 | Kimberly J. Jiron | Child | $1,500,000.00 |
| 112 | Randall R. Jiron | Child | $1,500,000.00 |
| 113 | Kiana K. Kaalekahi | Child | $1,500,000.00 |
| 114 | David W. Long Jr. | Child | $1,500,000.00 |
| 115 | Kayla K. Kasten | Child | $1,500,000.00 |
| 116 | Kelsie E. O'Toole | Child | $1,500,000.00 |
| 117 | Chaunda E. Brooks | Sibling | $2,500,000.00 |
| 118 | Scott H. Ackley | Sibling | $625,000.00 |
| 119 | Sherry A. Bessette | Sibling | $625,000.00 |
| 120 | Aleatha C. Harris | Sibling | $625,000.00 |
| 121 | Abraham F. Ayala | Sibling | $1,250,000.00 |
| 122 | Mariah C. Ayala | Sibling | $1,250,000.00 |
| 123 | Shondrea R. Bedgood | Sibling | $1,250,000.00 |
| 124 | Corey L. Bedgood | Sibling | $1,250,000.00 |
| 125 | Marshall L. Beneway | Sibling | $1,250,000.00 |
| 126 | Barbara A. Crocco | Sibling | $1,250,000.00 |
| 127 | Carol Bruns-Beneway Smith | Sibling | $1,250,000.00 |
| 128 | Ingrid K. Simpson | Sibling | $1,250,000.00 |
| 129 | Chad N. Capogna | Sibling | $1,250,000.00 |
| 130 | Justin A. Capogna | Sibling | $1,250,000.00 |
| 131 | Olivia R. Capogna | Sibling | $1,250,000.00 |
| 132 | Lana L. Coleman-Wiggins | Sibling | $1,250,000.00 |
| 133 | Demetrius Coleman | Sibling | $1,250,000.00 |
| 134 | Charlie E. Coleman | Sibling | $1,250,000.00 |
| 135 | Cornelius Coleman | Sibling | $1,250,000.00 |
| 136 | Brett M. Dick | Sibling | $1,250,000.00 |
| 137 | Cory P. Dick | Sibling | $1,250,000.00 |
| 138 | Tina M. Judge | Sibling | $1,250,000.00 |
| 139 | Brenda J. French | Sibling | $1,250,000.00 |
| 140 | Dena J. DeJoe | Sibling | $1,250,000.00 |
| 141 | Sandra L. Skinner | Sibling | $1,250,000.00 |
| 142 | Hope M. Gambill | Sibling | $1,250,000.00 |
| 143 | Michael Garcia | Sibling | $1,250,000.00 |
| 144 | Lisa M. Glenn | Sibling | $1,250,000.00 |
| 145 | Adrienne L. Fulton | Sibling | $1,250,000.00 |
| 146 | Stephen R. Hillabrant | Sibling | $1,250,000.00 |
| 147 | Teresa Ferguson | Sibling | $1,250,000.00 |
| 148 | Cindy Houston | Sibling | $1,250,000.00 |
| 149 | Patricia Houston | Sibling | $1,250,000.00 |
| 150 | Henry Houston | Sibling | $1,250,000.00 |
| 151 | Nathan Houston | Sibling | $1,250,000.00 |
| 152 | Adrian M. Jiron | Sibling | $1,250,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 153 | Alvin G. Jiron | Sibling | $1,250,000.00 |
| 154 | Carol M. Lewis | Sibling | $1,250,000.00 |
| 155 | Matthew L. Jiron | Sibling | $1,250,000.00 |
| 156 | Christopher M. Johnson | Sibling | $1,250,000.00 |
| 157 | Amy P. Hall | Sibling | $1,250,000.00 |
| 158 | Michael D. Weimer | Sibling | $1,250,000.00 |
| 159 | Robert B. Yeichner | Sibling | $1,250,000.00 |
| | **Subtotal -- Ackley (159 awards; 157 claimants)** | | **$533,750,000.00** |

**Breezee v. Islamic Republic of Iran, Civil Action No. 1:23-cv-03392 (BAH) (D.D.C.)**

Judgment entered September 24, 2025 under 28 U.S.C. § 1605A. Claimants: 47. Compensatory awards claimed: $132,000,000.00.

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 1 | Jason Breezee | Service Member | $7,000,000.00 |
| 2 | Bradley Donaghue | Service Member | $7,000,000.00 |
| 3 | James Porter | Service Member | $7,000,000.00 |
| 4 | Dale Robinson | Service Member | $7,000,000.00 |
| 5 | Patrick Stark | Service Member | $7,000,000.00 |
| 6 | James Mings | Service Member | $7,000,000.00 |
| 7 | Amy Rancier | Service Member | $7,000,000.00 |
| 8 | Morgan Spruill | Service Member | $7,000,000.00 |
| 9 | Kenneth Giddens | Service Member | $6,000,000.00 |
| 10 | Lakisha Robertson | Service Member | $6,000,000.00 |
| 11 | Travis Leeper | Service Member | $3,500,000.00 |
| 12 | Curtis Robertson Sr. | Spouse | $3,000,000.00 |
| 13 | Maria Hale | Spouse | $3,000,000.00 |
| 14 | Rhonda Spruill | Spouse | $3,500,000.00 |
| 15 | Albert Mings | Parent | $2,500,000.00 |
| 16 | Rosie Caffey | Parent | $2,500,000.00 |
| 17 | Manuel Caffey | Parent | $2,500,000.00 |
| 18 | Jane Strader | Parent | $2,500,000.00 |
| 19 | James Weimer | Parent | $2,500,000.00 |
| 20 | Bonita Weimer | Parent | $2,500,000.00 |
| 21 | Judith Kazmar | Parent | $1,875,000.00 |
| 22 | John Kazmar | Parent | $1,875,000.00 |
| 23 | Courtney Johnson | Child | $1,500,000.00 |
| 24 | Curtis Robertson II | Child | $1,500,000.00 |
| 25 | Angelique Mercier | Child | $1,500,000.00 |
| 26 | Trisha Weber | Child | $1,500,000.00 |

| No. | Claimant | Capacity | Compensatory Award |
|---|---|---|---|
| 27 | Emily Edman | Child | $1,500,000.00 |
| 28 | Robert Edman | Child | $1,500,000.00 |
| 29 | Kyle Bump | Child | $750,000.00 |
| 30 | Denise Rodriguez | Sibling | $1,250,000.00 |
| 31 | David Giddens | Sibling | $1,250,000.00 |
| 32 | Timothy Giddens | Sibling | $1,250,000.00 |
| 33 | Tonya Caffey | Sibling | $1,250,000.00 |
| 34 | Kareem Brown | Sibling | $1,250,000.00 |
| 35 | Roger Dabriel | Sibling | $1,250,000.00 |
| 36 | Cassandra Johnson | Sibling | $1,250,000.00 |
| 37 | Latoya Sapp | Sibling | $1,250,000.00 |
| 38 | Eunice Holman | Sibling | $1,250,000.00 |
| 39 | Jeffrey Jiron | Sibling | $1,250,000.00 |
| 40 | Christopher Burnham | Sibling | $1,250,000.00 |
| 41 | Sandra Madden | Sibling | $1,250,000.00 |
| 42 | Alexandria Capaccio | Sibling | $1,250,000.00 |
| 43 | Vincent Capaccio | Sibling | $1,250,000.00 |
| 44 | Anthony Coleman | Sibling | $1,250,000.00 |
| 45 | Jason Coleman | Sibling | $1,250,000.00 |
| 46 | Phillip Coleman Jr. | Sibling | $1,250,000.00 |
| 47 | Temeke Coleman | Sibling | $1,250,000.00 |
| | **Subtotal -- Breezee (47 claimants)** | | **$132,000,000.00** |

**Summary of Compensatory Awards Claimed**

| Action | Civil Action No. | Claimants (awards) | Compensatory Awards |
|---|---|---|---|
| *Flanagan v. Islamic Republic of Iran* | 1:10-cv-01643 (RC) | 5 | $18,750,000.00 |
| *Parhamovich v. Islamic Republic of Iran* | 1:17-cv-00061 (GMH) | 6 | $23,738,000.00 |
| *Schooley v. Islamic Republic of Iran* | 1:17-cv-01376 (BAH) | 213 | $866,000,000.00 |
| *Ackley v. Islamic Republic of Iran* | 1:20-cv-00621 (BAH) | 157 (159 awards) | $533,750,000.00 |
| *Breezee v. Islamic Republic of Iran* | 1:23-cv-03392 (BAH) | 47 | $132,000,000.00 |
| **GRAND TOTAL** | | **428 (430 awards)** | **$1,574,238,000.00** |

The 430 entries above represent 428 individuals and estates; David J. Ackley Jr. and Rita G. Ackley each hold awards in two capacities under the *Ackley* judgment.